# United States Bankruptcy Court
### Central District of Illinois

In re   I80 Equipment, LLC                                    Case No.   17-81749
                        Debtor(s)                             Chapter    7

## VERIFICATION OF CREDITOR MATRIX

I, the Member/Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   December 13, 2017                    /s/ Erik R. Jones
                                             Erik R. Jones/Member/Manager
                                             Signer/Title

A1 Sign & Crane, LLC
3667 Hwy 61
Blue Grass, IA 52726


Acres Group
610 W. Liberty St.
Wauconda, IL 60084


AJ Wells Roofing
5651 Colcord Ave
Jacksonville, FL 32211


Akiachak Native Community Electric Co.
1010 Main St.
Akiachak, AK 99551


Altec Industries, Inc.
P.O. Box 11407
Birmingham, AL 35246


Altorfer, Inc.
2600 6th St SW
P.O. Box 1347
Cedar Rapids, IA 52404


American Tire Distributors
P.O. Box 889
Huntersville, NC 28070


Antler Tree Service
340 Co Rd 550
Marquette, MI 49855


Aramark Refreshment Services
2402 39th Ave
Moline, IL 61265


Aramark Uniform Services
25259 Network Place
Chicago, IL 60673


Arlington Tree Service
6400 Ware Rd
Paris, KY 40361

ASC Industries, Ltd
1406 W. 175th St.
Hazel Crest, IL 60429


Autozone
P.O. Box 116067
Atlanta, GA 30368


B&B Drain Tech
630 W 2nd Ave
Milan, IL 61264


Banleaco
P.O. Box 7740
Urbandale, IA 50323


Bedford, Jory
4113 Santa Fe Trail
Davenport, IA 52804


Blacker, Richard
942 22nd St.
Rock Island, IL 61201


Blackwater Electric Co, Inc.
807 Professional Pl. W
Chesapeake, VA 23320


Brassfield, David
19394 E. 800th St.
Geneseo, IL 61254


Brocc Equipment, LLC
7668 Big Valley Dr.
Loveland, CO 80537


Brownfield, Donald
3806 12th St.
Moline, IL 61265


BTS Tree Service
P.O. Box 336
Granada, CO 81041

```
Bulb Guy Lighting
407 SW 8th St.
Des Moines, IA 50309


C&J Communications, LLC
798 Worley Rd
Marion, NC 28752


Cable East, Inc.
3776 White Water Rd.
Valdosta, GA 31601


Carquest Auto Parts
936 16th Ave
East Moline, IL 61244


Citelum US
5028 Calle Espana NW
Albuquerque, NM 87120


City of Colona
P. O. Box 170
Colona, IL 61241


Clear Path GPS
3463 State St, Ste 494
Santa Barbara, CA 93105


Climbers Anonymous
13504 County C
Athelstane, WI 54104


Constant Energy System
4631 Westminster Ave
Philadelphia, PA 19131


Copy Systems
920 E. 21st St.
Des Moines, IA 50317


Courtesy Ford
3921 W. River Dr.
Davenport, IA 52802
```

```
Creative Anvil
140 Long Rd, Ste 201
Chesterfield, MO 63005


DD Cable Communications, LLC
1372 E. 55th St
Brooklyn, NY 11234


Eastern Missouri Industries, Inc.
P.O. Box 264
Jackson, MO 63755


Ellison, Cameron
509 10th Ave
Silvis, IL 61282


Ferguson Electric
333 Ellicott St.
Buffalo, NY 14203


First Midwest Bank
506 15th St.
Moline, IL 61265


Flourescent Signs
P.O. Box 1315
Las Cruces, NM 88004


Foley & Lardner, LLP
321 N. Clark St., Ste 2800
Chicago, IL 60654-5313


Frank's Tree Service
8 Gwyneth Dr.
Carlisle, ON L0R1H2


FTE Networks
999 Vanderbilt Beach Rd, Ste 601
Naples, FL 34108


Gem City Tire
P.O. Box 13027
Dayton, OH 45413
```

Gemini Cabling, LLC
1622 Golf Link Dr
Stone Mountain, GA 30088


Gibson, Ashley
8112 8th St., Apt 3
Rock Island, IL 61201


Glacier Tree Service
2524 9th Ave
Castlegar BC V1N 2Y8


Gonzalez-Galindo, Rafael
3402 Orchard Ln Apt 218
Carbon Cliff, IL 61239


Green Chevrolet
1025 5th Ave SE
P.O. Box 2208
Decatur, AL 35609


Griffin, John
Lot #71 Kershaw Ct
Colona, IL 61241


Harp, Matthew
2201 45th St.
Rock Island, IL 61201


Howard & Howard Attorneys PLLC
Attn: Joseph Vanfleet, Attorney
211 Fulton Street, Suite 600
Peoria, IL 61602


Huber, Sarah
252 E. 5th St.
Milan, IL 61264


Illinois Department of Revenue
Bankruptcy Section
100 West Randolph St., Lvl. 7-400
Chicago, IL 60601-3195

Imperial Supplies, LLC
P.O. Box 23910
Green Bay, WI 54305


Industrial Electric Co of Detroit, Inc.
275 E. Milwaukee
Detroit, MI 48202


Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346


Interstate Battery of the Quad Cities
4704 44th St.
Rock Island, IL 61201


J&E Brokerage, Inc.
P.O. Box 1444
Westport, MA 02790


James Marion Randolph Hendricks
WB Pritchett Ln
Lutz, FL 33549


Jasper Engines & Transmissions
P.O. Box 650
Jasper, IN 47547


Jeff's Tree Service
25542 Mainj St.
Sioux City, IA 51108


Johnson Tree Service
6544 Hwy 79 N
Brownsville, TN 38012


Johnstone Supply
5001 N. Brady St.
Davenport, IA 52806


Jones Lease Properties
P.O. Box 134
Colona, IL 61241

Jones, Brandon
901 8th St.
Colona, IL 61241

Jones, Erik
17 Timber Ridge Rd
Coal Valley, IL 61240

Jones, Jordan
708 Chestnut Dr.
Colona, IL 61241

JPG Electric
P.O. Box 386
Ronkonkoma, NY 11779

Judge, Kyle
323 S. 8th St.
Monmouth, IL 61462

Kimball Midwest
Dept L-2780
Columbus, OH 43260

Lamination Services
2950 Brother Blvd, Ste 103
Bartlett, TN 38133

Lane and Waterman
220 N. Main St., Ste 600
Davenport, IA 52801

Lopez-Rivera, Julio
520 N. Florence
Geneseo, IL 61254

Lopez-Torres, Julio
520 N. Florence
Geneseo, IL 61254

Lynn Woodward Electric, LLC
3336 S 1325 W
Ogden, UT 84401

```
M&W Electric, Inc.
29889 Hwy 34 SW
Albany, OR 97321


Marco
3425 E. Locust St.
Davenport, IA 52803


Mason Communications, LLC
5530 Center Hill Church Rd
Loganville, GA 30052


Melega, Mitchell
64 Sunnyhill Dr.
Orion, IL 61273


Metropolitan Airport Authority
Quad City International Airport
Box 9009
Moline, IL 61265


Michlig Energy
P.O. Box 51
Cambridge, IL 61238


Mid-West Truckers
2727 N. Dirksen Pkwy
Springfield, IL 62702


Midwest Wheel
P. O. Box 1461
Des Moines, IA 50305


Miller, Hall & Triggs, LLC
416 Main St., Ste 1125
Peoria, IL 61602-1161


Mitchell 1
25029 Network Place
Chicago, IL 60673


Monroe Tire, LLC
10 NE 13th St.
Williston, FL 32696
```

```
Moore, Brittin
1125 26th St.
Moline, IL 61265


Motion Industries
P.O. Box 98412
Chicago, IL 60693


MP Systems
5477 S Westridge Ct
New Berlin, WI 53151


Nesco
4121 Solutions Center
Chicago, IL 60677


Nicholas Ores
Attorney at Law
P.O. Box 7696
Loveland, CO 80537


Occupational Safety and Health Agency
200 Constitution Ave. NW
Washington, DC 20210


Pat Systems
1581 Brickell Ave, Ste 601
Miami, FL 33129


Personalized Tree Service, Inc.
943 N. Ventura St.
Anaheim, CA 92801


Pitney Bowes
P.O. Box 371887
Pittsburgh, PA 15250


Power Up Electrical Contractors, LLC
2060 Craigshire Rd
Saint Louis, MO 63146


Power Vac Systems
44300 Grand River
Novi, MI 48375
```

```
Pulaski White Rural Telephone Coop
306 S. State Rd 39
Buffalo, IN 47925


Purdy Leasing, LLP
6600 N. Ballard Rd
Appleton, WI 54913


Rainier Connect
104 Washinmgton Ave N
Eatonville, WA 98328


Randy's Tree Service
1100 Schau Rd
Lowell, OH 45744


Reading, Angela
1829 4th Ave, Apt 102
Rock Island, IL 61201


Republic Services
P.O. Box 9001154
Louisville, KY 40290


Rilco Lubricants & Services
P.O. Box 5015
Rock Island, IL 61201


Rite Way Auto Transport
7504 Wiles Rd, Ste 101-A
Coral Springs, FL 33065


River City Sign
915 1st Ave
Silvis, IL 61282


RJ Electric, Inc.
60 Merkel Rd
Gilbertsville, PA 19525


Rodriguez, Anthony
1602 1/2 N. Marquette St.
Davenport, IA 52804
```

```
Rogue Tree
9989 Hwy 227
Trail, OR 97541


Roland's Neon Signs
3240 Jefferson Blvd
Windsor, ON N8T 2W8


Roque, Luis
64 Sunny Hill Dr.
Orion, IL 61273


Salaman-Galindo, Edward
3402 Orchard Ln Apt 218
Carbon Cliff, IL 61239


Salesforce
P.O. Box 203141
Dallas, TX 75320


Salva, Constance
5602 Quercus Ln
Davenport, IA 52806


Sanchez Concrete Co
9814 Virginia
Fort Mill, SC 29707


Schauer, Ronald
517 E. Cleveland St.
Spring Valley, IL 61362


Schmidt, Penny
315 17th Ave
East Moline, IL 61244


Seneca Tank
5585 NE 16th St.
Des Moines, IA 50313


Sergio Reyes
3634 High Vista
Dallas, TX 75234
```

```
Sharpe Towing & Recovery
P.O. Box 333
Carbon Cliff, IL 61239


Shawgo, Jaime
301 17th Ave
Milan, IL 61264


Sheffield Utilities
300 N Nashville Ave
Sheffield, AL 35660


Shellard Landscaping, LLC
2314 Pinewood Ln
West Palm Beach, FL 33415


Sherwin Williams
3501 5th Ave
East Moline, IL 61244


Sibley, Bishop
496 Briargate Dr.
Colona, IL 61241


SJ Smith
3707 W. River Dr
Davenport, IA 52802


Snap On Credit
Attn: Bankruptcy
950 Technology Way  Suite 301
Libertyville, IL 60048


Square Communications, Inc.
109 Salem St. Unit 227
Revere, MA 02151


Steven Nelson
P.O. Box 719
Moline, IL 61266-0719


Taft Law Firm
111 E Wacker Dr., Ste 2800
Chicago, IL 60601
```

Thompson Truck & Trailer, Inc.
7820 6th St. SW
Cedar Rapids, IA 52404


Truck County
P.O. Box 68-9930
Chicago, IL 60695


Turpin Motors, Inc.
1024 S. Chicago St.
P.O. Box 239
Dubuque, IA 52002


US Bank
12800 Foster St.
Saint Louis, MO 63179


Vander Haags, Inc.
4444 Delaware Ave
Des Moines, IA 50313


Vargas, Carlos
2760 11th Ave
Moline, IL 61265


Vibrant Credit Union
1900 52nd Ave
Moline, IL 61265


Vickery Electric Contracting, Ltd
601 Victoria St E
Whitby ON L1N 9Z6


Virgin Island Water & Power Authority
8189 Subbase
St Thomas, VI 801


Vulcan Materials, Co
5500 Joliet Rd
La Grange, IL 60525


W. Tyler Logan
Attorney at Law
1229 Grand Ave
Keokuk, IA 52632

```
Williams, Robert
2121 Farnam St.
Davenport, IA 52803


Williams, Ryan
1140 E. 37th St., Apt 209
Davenport, IA 52807


Young, Sean
40 Crestwood Terrace
Davenport, IA 52803
```