**IT IS SO ORDERED.**

**SIGNED THIS: December 15, 2017**

_____
**Thomas L. Perkins**
**United States Bankruptcy Judge**

U.S. BANKRUPTCY COURT
Central District of Illinois

In re:      I80 Equipment, LLC                                    Case No.    17-81749

Debtor(s)

### ORDER

For reasons stated on the record in open court on December 15, 2017,

IT IS ORDERED that First Midwest Bank (through Matthew Brash) and the Chapter 7 Trustee, Jeana K. Reinbold, are awarded joint possession of the property of the estate until further order of the Court.

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

###