**Fill in this information to identify the case:**

Debtor name   I80 Equipment, LLC

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF ILLINOIS

Case number (if known)   17-81749

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|

**2.1   First Midwest Bank**
Creditor's Name

506 15th St.
Moline, IL 61265
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
Trade debt

Describe the lien
Security Interest, title vehicles, UCC
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $7,744,557.90
Value of collateral: Unknown

**2.2   Vibrant Credit Union**
Creditor's Name

1900 52nd Ave
Moline, IL 61265
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
Trade debt

Describe the lien
Security Interest, UCC, titled vehicles
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: $2,943,754.50
Value of collateral: Unknown

| Debtor | I80 Equipment, LLC | Case number (if know) | 17-81749 |
|---|---|---|---|
| | Name | | |

☐ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $10,688,312.40

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Foley & Lardner, LLP<br>321 N. Clark St., Ste 2800<br>Chicago, IL 60654-5313 | Line 2.1 | |
| Howard & Howard Attorneys PLLC<br>Attn: Joseph Vanfleet, Attorney<br>211 Fulton Street, Suite 600<br>Peoria, IL 61602 | Line 2.2 | |
| Miller, Hall & Triggs, LLC<br>416 Main St., Ste 1125<br>Peoria, IL 61602-1161 | Line 2.1 | |
| Steven Nelson<br>P.O. Box 719<br>Moline, IL 61266-0719 | Line 2.1 | |

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 2 of 2

**Fill in this information to identify the case:**

Debtor name ___I80 Equipment, LLC___

United States Bankruptcy Court for the: ___CENTRAL DISTRICT OF ILLINOIS___

Case number (if known) ___17-81749___

☐ Check if this is an
  amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Bedford, Jory<br>4113 Santa Fe Trail<br>Davenport, IA 52804 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Payroll | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>Blacker, Richard<br>942 22nd St.<br>Rock Island, IL 61201 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,250.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Payroll | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | I80 Equipment, LLC | Case number (if known) | 17-81749 |
|--------|--------------------|-----------------------|----------|
|  | Name |  |  |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,080.00 | $0.00 |
|-----|----|----|----|----|
|  | Brassfield, David<br>19394 E. 800th St.<br>Geneseo, IL 61254 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim:<br>Payroll |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,024.00 | $0.00 |
|-----|----|----|----|----|
|  | Brownfield, Donald<br>3806 12th St.<br>Moline, IL 61265 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim:<br>Payroll |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,135.00 | $0.00 |
|-----|----|----|----|----|
|  | Ellison, Cameron<br>509 10th Ave<br>Silvis, IL 61282 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim:<br>Payroll |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,350.00 | $0.00 |
|-----|----|----|----|----|
|  | Gibson, Ashley<br>8112 8th St., Apt 3<br>Rock Island, IL 61201 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim:<br>Payroll |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| Debtor | I80 Equipment, LLC | Case number (if known) | 17-81749 |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,080.00 | $0.00 |
|---|---|---|---|---|

**2.7** Priority creditor's name and mailing address
Gonzalez-Galindo, Rafael
3402 Orchard Ln Apt 218
Carbon Cliff, IL 61239

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,080.00      $0.00

Date or dates debt was incurred

Basis for the claim:
Payroll

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.8** Priority creditor's name and mailing address
Griffin, John
Lot #71 Kershaw Ct
Colona, IL 61241

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$760.00      $0.00

Date or dates debt was incurred

Basis for the claim:
Payroll

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.9** Priority creditor's name and mailing address
Harp, Matthew
2201 45th St.
Rock Island, IL 61201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,848.00      $0.00

Date or dates debt was incurred

Basis for the claim:
Payroll

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.10** Priority creditor's name and mailing address
Huber, Sarah
252 E. 5th St.
Milan, IL 61264

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$300.00      $0.00

Date or dates debt was incurred

Basis for the claim:
Payroll

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | I80 Equipment, LLC | Case number (if known) | 17-81749 |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Illinois Department of Revenue**<br>Bankruptcy Section<br>100 West Randolph St., Lvl. 7-400<br>Chicago, IL 60601-3195 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>State income tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $3,800.00 | $0.00 |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Federal income tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $2,000.00 | $0.00 |
|---|---|---|---|---|
| | **Jones, Brandon**<br>901 8th St.<br>Colona, IL 61241 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Payroll | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Jones, Erik**<br>17 Timber Ridge Rd<br>Coal Valley, IL 61240 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Payroll | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | I80 Equipment, LLC | Case number (if known) | 17-81749 |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,385.00 | $0.00 |
|---|---|---|---|---|

**2.15**

Priority creditor's name and mailing address
Jones, Jordan
708 Chestnut Dr.
Colona, IL 61241

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,385.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Payroll

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.16**

Priority creditor's name and mailing address
Judge, Kyle
323 S. 8th St.
Monmouth, IL 61462

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,016.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Payroll

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.17**

Priority creditor's name and mailing address
Lopez-Rivera, Julio
520 N. Florence
Geneseo, IL 61254

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,280.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Payroll

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.18**

Priority creditor's name and mailing address
Lopez-Torres, Julio
520 N. Florence
Geneseo, IL 61254

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,040.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Payroll

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | I80 Equipment, LLC | | Case number (if known) | 17-81749 |
|---|---|---|---|---|
| | Name | | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,577.00 | $0.00 |
|---|---|---|---|---|

**2.19**

Priority creditor's name and mailing address
Melega, Mitchell
64 Sunnyhill Dr.
Orion, IL 61273

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,577.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Payroll

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.20**

Priority creditor's name and mailing address
Moore, Brittin
1125 26th St.
Moline, IL 61265

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,080.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Payroll

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.21**

Priority creditor's name and mailing address
Occupational Safety and Health
Agency
200 Constitution Ave. NW
Washington, DC 20210

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$250,000.00    $12,850.00

Date or dates debt was incurred

Basis for the claim:
Penalty

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.22**

Priority creditor's name and mailing address
Reading, Angela
1829 4th Ave, Apt 102
Rock Island, IL 61201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$560.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Payroll

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | I80 Equipment, LLC | Case number (if known) | 17-81749 |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $480.00 | $0.00 |
|---|---|---|---|---|

Rodriguez, Anthony
1602 1/2 N. Marquette St.
Davenport, IA 52804

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Payroll

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,016.00 | $0.00 |
|---|---|---|---|---|

Roque, Luis
64 Sunny Hill Dr.
Orion, IL 61273

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Payroll

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,040.00 | $0.00 |
|---|---|---|---|---|

Salaman-Galindo, Edward
3402 Orchard Ln Apt 218
Carbon Cliff, IL 61239

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Payroll

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Salva, Constance
5602 Quercus Ln
Davenport, IA 52806

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Payroll

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | I80 Equipment, LLC | Case number (if known) | 17-81749 |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $760.00 | $0.00 |
|---|---|---|---|---|

Schauer, Ronald
517 E. Cleveland St.
Spring Valley, IL 61362

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Payroll

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | | $3,462.00 | $0.00 |
|---|---|---|---|---|

Schmidt, Penny
315 17th Ave
East Moline, IL 61244

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Payroll

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | | $1,280.00 | $0.00 |
|---|---|---|---|---|

Shawgo, Jaime
301 17th Ave
Milan, IL 61264

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Payroll

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | | $520.00 | $0.00 |
|---|---|---|---|---|

Sibley, Bishop
496 Briargate Dr.
Colona, IL 61241

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Payroll

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | I80 Equipment, LLC | Case number (if known) | 17-81749 |
|--------|--------------------|-----------------------|----------|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,080.00 | $0.00 |
|------|----------------------------------------------|----------------------------------------------|-----------|-------|
| | Vargas, Carlos | Check all that apply. | | |
| | 2760 11th Ave | ☐ Contingent | | |
| | Moline, IL 61265 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: Payroll | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $880.00 | $0.00 |
|------|----------------------------------------------|----------------------------------------------|---------|-------|
| | Williams, Robert | Check all that apply. | | |
| | 2121 Farnam St. | ☐ Contingent | | |
| | Davenport, IA 52803 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: Payroll | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $0.00 |
|------|----------------------------------------------|----------------------------------------------|---------|-------|
| | Williams, Ryan | Check all that apply. | | |
| | 1140 E. 37th St., Apt 209 | ☐ Contingent | | |
| | Davenport, IA 52807 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: Payroll | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,400.00 | $0.00 |
|------|----------------------------------------------|----------------------------------------------|-----------|-------|
| | Young, Sean | Check all that apply. | | |
| | 40 Crestwood Terrace | ☐ Contingent | | |
| | Davenport, IA 52803 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: Payroll | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | I80 Equipment, LLC | Case number (if known) | 17-81749 |
|---|---|---|---|
| | Name | | |

---

**3.1**

**Nonpriority creditor's name and mailing address**
A1 Sign & Crane, LLC
3667 Hwy 61
Blue Grass, IA 52726

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer deposit

Is the claim subject to offset? ■ No ☐ Yes

$2,000.00

---

**3.2**

**Nonpriority creditor's name and mailing address**
Acres Group
610 W. Liberty St.
Wauconda, IL 60084

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer deposit

Is the claim subject to offset? ■ No ☐ Yes

$2,000.00

---

**3.3**

**Nonpriority creditor's name and mailing address**
AJ Wells Roofing
5651 Colcord Ave
Jacksonville, FL 32211

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer deposit

Is the claim subject to offset? ■ No ☐ Yes

$4,000.00

---

**3.4**

**Nonpriority creditor's name and mailing address**
Akiachak Native Community Electric Co.
1010 Main St.
Akiachak, AK 99551

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer deposit

Is the claim subject to offset? ■ No ☐ Yes

$5,096.40

---

**3.5**

**Nonpriority creditor's name and mailing address**
Altec Industries, Inc.
P.O. Box 11407
Birmingham, AL 35246

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$12,342.29

---

**3.6**

**Nonpriority creditor's name and mailing address**
Altorfer, Inc.
2600 6th St SW
P.O. Box 1347
Cedar Rapids, IA 52404

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$1,416.20

---

**3.7**

**Nonpriority creditor's name and mailing address**
American Tire Distributors
P.O. Box 889
Huntersville, NC 28070

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$756.34

---

| Debtor | I80 Equipment, LLC | Case number *(if known)* | 17-81749 |
|---|---|---|---|
| | Name | | |

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,000.00**

Antler Tree Service
340 Co Rd 550
Marquette, MI 49855

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _ Trade debt - settlement _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,237.05**

Aramark Refreshment Services
2402 39th Ave
Moline, IL 61265

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _ Trade debt and lease of ice makers _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,669.50**

Aramark Uniform Services
25259 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _ Trade debt _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,000.00**

Arlington Tree Service
6400 Ware Rd
Paris, KY 40361

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _ Customer deposit _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$39.30**

ASC Industries, Ltd
1406 W. 175th St.
Hazel Crest, IL 60429

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _ Trade debt _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$259.84**

Autozone
P.O. Box 116067
Atlanta, GA 30368

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _ Trade debt _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$325.00**

B&B Drain Tech
630 W 2nd Ave
Milan, IL 61264

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _ Plumbing service _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | I80 Equipment, LLC | Case number (if known) | 17-81749 |
|---|---|---|---|
| | Name | | |

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $316.34

Banleaco
P.O. Box 7740
Urbandale, IA 50323

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,000.00

Blackwater Electric Co, Inc.
807 Professional Pl. W
Chesapeake, VA 23320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Customer deposit

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,000.00

BTS Tree Service
P.O. Box 336
Granada, CO 81041

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Customer deposit

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,000.00

Bulb Guy Lighting
407 SW 8th St.
Des Moines, IA 50309

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Customer deposit

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,000.00

C&J Communications, LLC
798 Worley Rd
Marion, NC 28752

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Customer deposit

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,000.00

Cable East, Inc.
3776 White Water Rd.
Valdosta, GA 31601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Customer deposit

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,097.29

Carquest Auto Parts
936 16th Ave
East Moline, IL 61244

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | I80 Equipment, LLC | Case number (if known) | 17-81749 |
|---|---|---|---|
| | Name | | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

Citelum US
5028 Calle Espana NW
Albuquerque, NM 87120

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Customer deposit

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66.25 |
|---|---|---|---|

City of Colona
P. O. Box 170
Colona, IL 61241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2017

**Last 4 digits of account number** __

**Basis for the claim:** Utility

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

Clear Path GPS
3463 State St, Ste 494
Santa Barbara, CA 93105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

Climbers Anonymous
13504 County C
Athelstane, WI 54104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Customer deposit

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

Constant Energy System
4631 Westminster Ave
Philadelphia, PA 19131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Customer deposit

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $228.39 |
|---|---|---|---|

Copy Systems
920 E. 21st St.
Des Moines, IA 50317

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,979.88 |
|---|---|---|---|

Courtesy Ford
3921 W. River Dr.
Davenport, IA 52802

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | I80 Equipment, LLC | Case number (if known) | 17-81749 |
|---|---|---|---|
| | Name | | |

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00**

Creative Anvil
140 Long Rd, Ste 201
Chesterfield, MO 63005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,000.00**

DD Cable Communications, LLC
1372 E. 55th St
Brooklyn, NY 11234

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,500.00**

Eastern Missouri Industries, Inc.
P.O. Box 264
Jackson, MO 63755

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Ferguson Electric
333 Ellicott St.
Buffalo, NY 14203

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$300,794.30**

First Midwest Bank
506 15th St.
Moline, IL 61265

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Credit card charges

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,000.00**

Flourescent Signs
P.O. Box 1315
Las Cruces, NM 88004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,000.00**

Frank Recruitment Group, Inc.
Ste 2220 Ten Penn Center
1801 Market St.
Philadelphia, PA 19103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Placement service

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | I80 Equipment, LLC | Case number (if known) | 17-81749 |
|---|---|---|---|
| | Name | | |

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,560.60**

Frank's Tree Service
8 Gwyneth Dr.
Carlisle, ON L0R1H2

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Customer deposit

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,000.00**

FTE Networks
999 Vanderbilt Beach Rd, Ste 601
Naples, FL 34108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Customer deposit

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,620.52**

Gem City Tire
P.O. Box 13027
Dayton, OH 45413

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,000.00**

Gemini Cabling, LLC
1622 Golf Link Dr
Stone Mountain, GA 30088

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Customer deposit

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,000.00**

Glacier Tree Service
2524 9th Ave
Castlegar BC V1N 2Y8

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Customer deposit

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9.20**

Green Chevrolet
1025 5th Ave SE
P.O. Box 2208
Decatur, AL 35609

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$570.49**

Imperial Supplies, LLC
P.O. Box 23910
Green Bay, WI 54305

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | I80 Equipment, LLC | Case number (if known) | 17-81749 |
|---|---|---|---|
| | Name | | |

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00

Industrial Electric Co of Detroit, Inc.
275 E. Milwaukee
Detroit, MI 48202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Customer deposit

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,369.90

Interstate Battery of the Quad Cities
4704 44th St.
Rock Island, IL 61201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,700.00

J&E Brokerage, Inc.
P.O. Box 1444
Westport, MA 02790

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00

James Marion Randolph Hendricks
WB Pritchett Ln
Lutz, FL 33549

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Customer deposit

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,661.00

Jasper Engines & Transmissions
P.O. Box 650
Jasper, IN 47547

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00

Jeff's Tree Service
25542 Mainj St.
Sioux City, IA 51108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Customer deposit

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00

Johnson Tree Service
6544 Hwy 79 N
Brownsville, TN 38012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Customer deposit

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | I80 Equipment, LLC | Case number (if known) | 17-81749 |
|---|---|---|---|
| | Name | | |

| 3.50 | **Nonpriority creditor's name and mailing address**<br>Johnstone Supply<br>5001 N. Brady St.<br>Davenport, IA 52806 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.76 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Trade debt_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address**<br>JPG Electric<br>P.O. Box 386<br>Ronkonkoma, NY 11779 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Customer deposit_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address**<br>Kimball Midwest<br>Dept L-2780<br>Columbus, OH 43260 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,448.53 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Trade debt_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address**<br>Lamination Services<br>2950 Brother Blvd, Ste 103<br>Bartlett, TN 38133 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Trade debt_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address**<br>Lynn Woodward Electric, LLC<br>3336 S 1325 W<br>Ogden, UT 84401 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Customer deposit_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address**<br>M&W Electric, Inc.<br>29889 Hwy 34 SW<br>Albany, OR 97321 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Customer deposit_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address**<br>Marco<br>3425 E. Locust St.<br>Davenport, IA 52803 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $265.34 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Trade debt_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | I80 Equipment, LLC | Case number (if known) | 17-81749 |
|---|---|---|---|
| | Name | | |

---

**3.57**

**Nonpriority creditor's name and mailing address**
Mason Communications, LLC
5530 Center Hill Church Rd
Loganville, GA 30052

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer deposit

Is the claim subject to offset? ■ No ☐ Yes

$2,000.00

---

**3.58**

**Nonpriority creditor's name and mailing address**
Metropolitan Airport Authority
Quad City International Airport
Box 9009
Moline, IL 61265

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$775.00

---

**3.59**

**Nonpriority creditor's name and mailing address**
Michlig Energy
P.O. Box 51
Cambridge, IL 61238

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$7,022.70

---

**3.60**

**Nonpriority creditor's name and mailing address**
Mid-West Truckers
2727 N. Dirksen Pkwy
Springfield, IL 62702

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$55.95

---

**3.61**

**Nonpriority creditor's name and mailing address**
Midwest Wheel
P. O. Box 1461
Des Moines, IA 50305

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$403.56

---

**3.62**

**Nonpriority creditor's name and mailing address**
Mitchell 1
25029 Network Place
Chicago, IL 60673

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$146.88

---

**3.63**

**Nonpriority creditor's name and mailing address**
Monroe Tire, LLC
10 NE 13th St.
Williston, FL 32696

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer deposit

Is the claim subject to offset? ■ No ☐ Yes

$2,000.00

---

| Debtor | I80 Equipment, LLC | Case number (if known) | 17-81749 |
|---|---|---|---|
| | Name | | |

---

**3.64**

**Nonpriority creditor's name and mailing address**
Motion Industries
P.O. Box 98412
Chicago, IL 60693

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.65**

**Nonpriority creditor's name and mailing address**
MP Systems
5477 S Westridge Ct
New Berlin, WI 53151

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer deposit

Is the claim subject to offset? ■ No ☐ Yes

$2,000.00

---

**3.66**

**Nonpriority creditor's name and mailing address**
Nesco
4121 Solutions Center
Chicago, IL 60677

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$2,261.21

---

**3.67**

**Nonpriority creditor's name and mailing address**
Pat Systems
1581 Brickell Ave, Ste 601
Miami, FL 33129

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer deposit

Is the claim subject to offset? ■ No ☐ Yes

$3,000.00

---

**3.68**

**Nonpriority creditor's name and mailing address**
Personalized Tree Service, Inc.
943 N. Ventura St.
Anaheim, CA 92801

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer deposit

Is the claim subject to offset? ■ No ☐ Yes

$2,000.00

---

**3.69**

**Nonpriority creditor's name and mailing address**
Pitney Bowes
P.O. Box 371887
Pittsburgh, PA 15250

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$2,052.00

---

**3.70**

**Nonpriority creditor's name and mailing address**
Power Up Electrical Contractors, LLC
2060 Craigshire Rd
Saint Louis, MO 63146

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer deposit

Is the claim subject to offset? ■ No ☐ Yes

$2,000.00

---

| Debtor | I80 Equipment, LLC | Case number (if known) | 17-81749 |
|---|---|---|---|
| | Name | | |

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,000.00 |
|---|---|---|---|

Power Vac Systems
44300 Grand River
Novi, MI 48375

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Customer deposit_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,000.00 |
|---|---|---|---|

Pulaski White Rural Telephone Coop
306 S. State Rd 39
Buffalo, IN 47925

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Customer deposit_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,000.00 |
|---|---|---|---|

Purdy Leasing, LLP
6600 N. Ballard Rd
Appleton, WI 54913

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Customer deposit_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,850.00 |
|---|---|---|---|

Rainier Connect
104 Washinmgton Ave N
Eatonville, WA 98328

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Customer deposit_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,000.00 |
|---|---|---|---|

Randy's Tree Service
1100 Schau Rd
Lowell, OH 45744

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Customer deposit_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $425.57 |
|---|---|---|---|

Republic Services
P.O. Box 9001154
Louisville, KY 40290

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $420.20 |
|---|---|---|---|

Rilco Lubricants & Services
P.O. Box 5015
Rock Island, IL 61201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | I80 Equipment, LLC | Case number (if known) | 17-81749 |
|---|---|---|---|
| | Name | | |

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,588.00 |
|---|---|---|---|

Rite Way Auto Transport
7504 Wiles Rd, Ste 101-A
Coral Springs, FL 33065

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,247.00 |
|---|---|---|---|

River City Sign
915 1st Ave
Silvis, IL 61282

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,000.00 |
|---|---|---|---|

RJ Electric, Inc.
60 Merkel Rd
Gilbertsville, PA 19525

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,000.00 |
|---|---|---|---|

Rogue Tree
9989 Hwy 227
Trail, OR 97541

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,000.00 |
|---|---|---|---|

Roland's Neon Signs
3240 Jefferson Blvd
Windsor, ON N8T 2W8

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $76,000.00 |
|---|---|---|---|

Salesforce
P.O. Box 203141
Dallas, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,000.00 |
|---|---|---|---|

Sanchez Concrete Co
9814 Virginia
Fort Mill, SC 29707

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | I80 Equipment, LLC | Case number (if known) | 17-81749 |
|---|---|---|---|
| | Name | | |

---

**3.85** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$264.50**

Seneca Tank
5585 NE 16th St.
Des Moines, IA 50313

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,000.00**

Sergio Reyes
3634 High Vista
Dallas, TX 75234

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$125.00**

Sharpe Towing & Recovery
P.O. Box 333
Carbon Cliff, IL 61239

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,000.00**

Sheffield Utilities
300 N Nashville Ave
Sheffield, AL 35660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,000.00**

Shellard Landscaping, LLC
2314 Pinewood Ln
West Palm Beach, FL 33415

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$241,351.90**

Sherwin Williams
3501 5th Ave
East Moline, IL 61244

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,742.74**

SJ Smith
3707 W. River Dr
Davenport, IA 52802

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | I80 Equipment, LLC | Case number (if known) | 17-81749 |
|--------|---------|----------|-----------|
| | Name | | |

---

**3.92** Nonpriority creditor's name and mailing address
Snap On Credit
Attn: Bankruptcy
950 Technology Way  Suite 301
Libertyville, IL 60048

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

$89.43

---

**3.93** Nonpriority creditor's name and mailing address
Square Communications, Inc.
109 Salem St. Unit 227
Revere, MA 02151

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer deposit

Is the claim subject to offset? ■ No  ☐ Yes

$2,000.00

---

**3.94** Nonpriority creditor's name and mailing address
Taft Law Firm
111 E Wacker Dr., Ste 2800
Chicago, IL 60601

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

$10,300.00

---

**3.95** Nonpriority creditor's name and mailing address
Thompson Truck & Trailer, Inc.
7820 6th St. SW
Cedar Rapids, IA 52404

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

$11,397.44

---

**3.96** Nonpriority creditor's name and mailing address
Truck County
P.O. Box 68-9930
Chicago, IL 60695

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.97** Nonpriority creditor's name and mailing address
Turpin Motors, Inc.
1024 S. Chicago St.
P.O. Box 239
Dubuque, IA 52002

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

$3,635.95

---

**3.98** Nonpriority creditor's name and mailing address
US Bank
12800 Foster St.
Saint Louis, MO 63179

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

$298,698.79

---

| Debtor | I80 Equipment, LLC | Case number (if known) | 17-81749 |
|---|---|---|---|
| | Name | | |

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,191.50 |
|---|---|---|---|

Vander Haags, Inc.
4444 Delaware Ave
Des Moines, IA 50313

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

Vickery Electric Contracting, Ltd
601 Victoria St E
Whitby ON L1N 9Z6

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Customer deposit

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

Virgin Island Water & Power Authority
8189 Subbase
St Thomas, VI 801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Customer deposit

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

Vulcan Materials, Co
5500 Joliet Rd
La Grange, IL 60525

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Customer deposit

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Lane and Waterman<br>220 N. Main St., Ste 600<br>Davenport, IA 52801 | Line  3.8<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 300,803.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,159,676.03 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,460,479.03 |

**Fill in this information to identify the case:**

Debtor name    I80 Equipment, LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF ILLINOIS

Case number (if known)    17-81749

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    Copier lease Model TA-306ci Serial # V7E6100267 | |
|     State the term remaining | |
|     List the contract number of any government contract | Banleaco P.O. Box 7740 Urbandale, IA 50323 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    Copier lease Model TA-4052ci Serial # W2M6900554, DP-7110 Serial # V9E6802212, PF-7110 Serial #W476600865, Fax System 12 V9N6906634, & Surge Protector Serial #1500079 | |
|     State the term remaining | |
|     List the contract number of any government contract | Banleaco P.O. Box 7740 Urbandale, IA 50323 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    Lease of business property - located 20490 E. 550 St., Colona, IL | |
|     State the term remaining    6 months | |
|     List the contract number of any government contract | Jones Lease Properties P.O. Box 134 Colona, IL 61241 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest    Lease of shop space 120 Walnut Lane, Colona, IL | |
|     State the term remaining    6 months | |
|     List the contract number of any | Jones Lease Properties P.O. Box 134 Colona, IL 61241 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    I80 Equipment, LLC

First Name          Middle Name          Last Name

Case number *(if known)*    17-81749

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

**Fill in this information to identify the case:**

Debtor name    I80 Equipment, LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF ILLINOIS

Case number (if known)    17-81749

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | **Name** | **Mailing Address** | | **Name** | *Check all schedules that apply:* |
|---|---|---|---|---|---|
| 2.1 | _____ | Street _____ City ___ State ___ Zip Code ___ | | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | Street _____ City ___ State ___ Zip Code ___ | | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | Street _____ City ___ State ___ Zip Code ___ | | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | Street _____ City ___ State ___ Zip Code ___ | | _____ | ☐ D ☐ E/F ☐ G |