UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

IN RE:                                )
                                      )   Case No. 17-81749
I80 EQUIPMENT, LLC                    )
                                      )   Chapter 7
                          Debtor(s)   )

APPLICATION BY TRUSTEE TO EMPLOY ATTORNEY

The Application of Jeana K. Reinbold, Chapter 7 Trustee ("Trustee") respectfully states:

1. On December 6, 2017, the Debtor filed a voluntary petition for relief pursuant to chapter 7 of the United States Bankruptcy Code.

2. The Trustee is the appointed chapter 7 trustee in the Debtor's case.

3. The Trustee seeks to employ an attorney to provide the following services: to provide legal services for the Trustee necessary to administer the estate, including conducting discovery regarding the books, records and financial affairs of the Debtor corporation; identifying and negotiate to the extent possible resolution of existing and potential Chapter 5 causes of action; identifying and negotiate to the extent possible resolution of claims with numerous parties regarding their claims to collateral previously sold or promised to be sold by the Debtor.

4. The Trustee seeks to employ Jeana K. Reinbold to act as the Trustee's attorney to provide the above services, retroactive to the date of filing.

5. The Trustee proposes to pay her attorney based on a general hourly retainer from assets of the estate if any are recovered, with compensation subject to further order of this Court. The currently hourly fee ranges from $50 for paralegal services to $220 per hour for attorney services, which the Trustee believes is at or below the customary hourly rate for services of this nature.

6. The Trustee does not propose that attorney's fees will be charged for any matter customarily considered a Trustee's function.

7. The applicant is informed and believes that the above-named attorney does not hold or represent an interest adverse to the bankruptcy estate and the employment of the aforesaid attorney is in the best interests of the estate.

WHEREFORE, the Trustee respectfully prays that the Court enter an order granting this application under the terms and conditions set forth, and grant such other and further relief as is just.

                                                        Respectfully submitted,

                                                        CHAPTER 7 TRUSTEE

Dated: December 21, 2017                     /s/ Jeana K. Reinbold
                                                      Jeana K. Reinbold
                                                      P.O. Box 7315
                                                      Springfield, IL 62791-7315
                                                      (217) 241-5629

## CERTIFICATE OF SERVICE

I do hereby certify that I have caused to be served a copy of the foregoing APPLICATION BY TRUSTEE TO EMPLOY ATTORNEY, this day, by CM/ECF electronic filing, this day, to the parties as indicated below and any other parties that have filed an electronic appearance in this case:

Dated: December 21, 2017                     /s/ Jeana K. Reinbold
                                                      Jeana K. Reinbold

By CM/ECF:

Mark A Bogdanowicz on behalf of Creditor Vibrant Credit Union
mbogdanowicz@howardandhoward.com, pkinsman@howardandhoward.com

Jeffrey E Krumpe on behalf of Creditor First Midwest Bank
jeffrey.krumpe@mhtlaw.com, jeffrey.krumpe@mhtlaw.com

Steven L Nelson on behalf of Creditor First Midwest Bank
snelson@califf.com

Justin Raver on behalf of Debtor I80 Equipment, LLC
justin@barashlaw.com, janet@barashlaw.com;kelly@barashlaw.com

U.S. Trustee
USTPRegion10.PE.ECF@usdoj.gov

Joseph B VanFleet on behalf of Creditor Vibrant Credit Union
jvanfleet@howardandhoward.com, sessig@howardandhoward.com

Ciara Vesey on behalf of Creditor Clear Fibre Technologies, Inc.
ciara@ciaravesey.com