UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

IN RE:                                )
                                      )   Case No. 17-81749
I80 EQUIPMENT, LLC                    )
                                      )   Chapter 7
                         Debtor(s)    )

## SWORN STATEMENT OF PROFESSIONAL PERSON

I, Jeana K. Reinbold, do hereby state as follows:

1. I am an attorney with a place of business at 1100 South Fifth Street, Springfield, Illinois 62703, (217) 241-5629.

2. I hereby represent that I do not hold any interest that is adverse to the bankruptcy estate of the above-named Debtor.

3. I do not have any interest in, relationship to, or connection with the Debtor, other than as Trustee in this case.

4. I do not have any interest, connection or relationship to any party in this case that may cause the Court or a party in interest to question whether I am a "disinterested person" as that term is defined in 11 U.S.C. §101(14).

5. I hereby represent that I have not agreed to share any compensation for my services rendered in this case with any person.

6. I shall amend this statement immediately upon my learning that (A) any of the within representations are incorrect or (B) there is any change of circumstances relating thereto.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: December 21, 2017                    /s/ Jeana K. Reinbold
                                            Jeana K. Reinbold