UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

IN RE:                                  )
                                        )   Case No. 17-81749
I80 EQUIPMENT, LLC                      )
                                        )   Chapter 7
                        Debtor(s)       )

**MOTION FOR SANCTIONS FOR WILLFUL VIOLATIONS OF THE AUTOMATIC STAY AGAINST NEW AGE UTILITY, LLC, MITCH MELEGA, PENNY SCHMIDT SEAN YOUNG AND OTHERS AND REQUEST FOR EXPEDITED HEARING**

NOW COMES Jeana K. Reinbold, solely as Chapter 7 Trustee of the Estate of I80 Equipment, LLC ("Trustee"), and in support of this motion, states as follows:

1. On December 6, 2017, the Debtor filed a voluntary petition for relief pursuant to chapter 7 of the United States Bankruptcy Code.

2. The Trustee is the appointed chapter 7 trustee in the Debtor's case.

3. The Trustee has learned that parties that formerly worked for I80 Equipment, LLC ("I80") have formed a new company known as New Age Utility, LLC ("New Age") in a similar business.

4. On December 26, 2017, the Trustee received a telephone call from Karl Lederman, the General Manager of Service & Field Operations for Power Up Electrical Contractors, LLC ("Power Up"). Power Up had purchased a 2017 Ford F550 4x2 Bucket Truck, VIN #1FDUF5HT4HDA03981 ("Truck"), on November 2, 2017 from I80 for the purchase price of $134,000.00, and had paid a deposit of $2,000, with the vehicle to be delivered by December 20, 2017. A copy of the terms of the sale and warranty and deposit receipt are attached as Exhibit A and Exhibit B. Mr. Lederman had learned about the bankruptcy case and was seeking to know his further options since he had not received the Truck as promised.

1

5. On or about December 7, 2017, one day after the bankruptcy filing of I80, Penny Schmidt (the former Office Manager of I80) sent a new invoice and wire instructions to Mr. Lederman for purchase of the same Truck, as Director of Operations on behalf of New Age Utility, LLC. A copy of the invoice and redacted wire instructions is attached as Exhibit C. In the following days, in accordance with emails from Ms. Schmidt on behalf of New Age, as well as Mitch Melega (the former Financial Controller of I80), as Owner/Financial Controlller of New Age, and Sean Young (a former Sales Representative of I80) on behalf of New Age, Power Up caused to be remitted the revised balance of the funds requested in the amount of $133,870.00 to New Age on or about December 12, 2017. A copy of the forwarded email chain between is attached as Exhibit D. Upon information and belief, the above individuals were and are acting at the behest of others formerly affiliated with I80.[1] In addition, the above individuals as well as others formerly affiliated with I80 have been and are exercising control over books and records of I80 with information about its customers, such books and records which are property of the estate, and such books and records which to date have failed to be surrendered to the Trustee.

6. Section 362(a)(3) of the Bankruptcy Code prohibits any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate. 11 U.S.C. § 362(a)(3).

7. New Age, Ms. Schmidt, Mr. Melega and Mr. Young, and other individuals working with them, in seeking to fulfill and collect I80's receivables under the guise of a new

---

[1] On December 26, 2017, the Trustee requested that her security officer conduct an inspection of the office premises at 120 Walnut Street, Colona for I80 files. At this inspection, approximately 2 boxes of I80 files not previously turned over were secured. Present were Erik Jones (former president of I80), Brandon Jones (former Quality Control Supervisor of I80), Jordan Jones (former salesman with I80) and Sean Young. When the Trustee's security officer inquired as to several documents relating to New Age Utility, LLC which were visible, an individual the security officer believes was Jordan Jones said that all of the New Age stuff was his and something personal and completely unrelated to I80, which appears to be untrue.

entity, despite their knowledge of I80's bankruptcy filing, are in brazen and willful violation of the automatic stay imposed by Section 362(a)(3) the United States Bankruptcy Code.

8. Violations of the automatic stay are punishable under the Bankruptcy Code and applicable case law. While courts have noted that there is a split of authority as to whether a trustee is an individual that may recover damages for willful violation of the automatic stay under Section 362(k) of the Bankruptcy Code, *see Lassman v. Short (In re Foley),* 2016 Bankr. Lexis 226, Bankr. No. 13-14529, Adv. P. No. 14-1130 (Bankr. D. Mass. January 16, 2016) (discussing cases), trustees have been permitted to recover damages under Section 362(k) of the Bankruptcy Code. 11 U.S.C. § 362(k); *In re Howard,* 428 B.R. 335, 339-40 (Bankr. W.D. Pa. 2010), *aff'd,* No. 2:10CV962, 2011 U.S. Dist. Lexis 12612, 2011 WL 578777 (W.D. Pa. Feb. 9, 2011). In addition, Section 105(a) of the Bankruptcy Code permits the trustee to recover damages in the form of attorneys' fees and costs for violation of the stay as a sanction for ordinary civil contempt. 11 U.S.C. § 105(a); *see also, e.g., In re Sea Haw. Rafting, LLC*, 2016 Bankr. Lexis 1710, 62 Bankr. Ct. Dec. 135, No. 14-1520 (Bankr. D. Haw. April 15, 2016); *In re Hassan,* 2010 Bankr. Lexis 4707, No. 04-20332 (Bankr. D. Kan. December 21, 2010).

9. The Court has authority to sanction the parties' apparent unabated and repeated violations of the automatic stay under 11 U.S.C. §362(k) and/or 105. The Trustee seeks expedited relief in the form of sanctions against New Age, Ms. Schmidt, Mr. Melega and Mr. Young, and other individuals working with them, to prevent further dissipation, harm and wrongful misappropriation of property of the estate.

WHEREFORE, the Trustee respectfully prays that the Court entering an order awarding sanctions against New Age Utility, LLC, Penny Schmidt, Mitch Melega, and Sean Young and other individuals working with them in an amount to be paid to the bankruptcy estate in the

amount of funds received on account of I80 orders following the bankruptcy filing date on December 6, 2017 <u>and</u> an additional sanction of $1,000 per day as punitive damages against New Age Utility, LLC and Ms. Schmidt, Mr. Melega, Mr. Young and other individuals working with them for each violation that has occurred and each day that the violations of the automatic stay imposed by 11 U.S.C. § 362(a) continue unabated, <u>and</u> an award of attorneys fees and costs associated with this action, and granting such other relief as it may deem just.

                            Respectfully submitted,

                            JEANA K. REINBOLD, SOLELY AS
                            CHAPTER 7 TRUSTEE OF THE ESTATE
                            OF I80 EQUIPMENT, LLC

Dated: December 28, 2017                /s/ Jeana K. Reinbold
                            Jeana K. Reinbold
                            P.O. Box 7315
                            Springfield, IL 62791-7315
                            (217) 241-5629

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have caused to be served a copy of the foregoing MOTION FOR SANCTIONS FOR WILLFUL VIOLATIONS OF THE AUTOMATIC STAY AGAINST NEW AGE UTILITY, LLC, MITCH MELEGA, PENNY SCHMIDT, SEAN YOUNG AND OTHERS AND REQUEST FOR EXPEDITED HEARING, this day, as indicated below.

Dated: December 28, 2017                /s/ Jeana K. Reinbold
                            Jeana K. Reinbold

<u>By CM/ECF electronic filing:</u>

Mark A Bogdanowicz on behalf of Creditor Vibrant Credit Union
mbogdanowicz@howardandhoward.com, pkinsman@howardandhoward.com

Jeffrey E Krumpe on behalf of Creditor First Midwest Bank
jeffrey.krumpe@mhtlaw.com, jeffrey.krumpe@mhtlaw.com

Steven L Nelson on behalf of Creditor First Midwest Bank
snelson@califf.com

Justin Raver on behalf of Debtor I80 Equipment, LLC
justin@barashlaw.com, janet@barashlaw.com;kelly@barashlaw.com

4

U.S. Trustee
USTPRegion10.PE.ECF@usdoj.gov

Joseph B VanFleet on behalf of Creditor Vibrant Credit Union
jvanfleet@howardandhoward.com, sessig@howardandhoward.com

Ciara Vesey on behalf of Creditor Clear Fibre Technologies, Inc.
ciara@ciaravesey.com

By First Class Mail:

New Age Utility, LLC
PO Box 754
East Moline, IL 61244

Mitch Melega
64 Sunnyhill Dr,
Orion, IL 61273.

Penny Schmidt
315 17th Ave
East Moline, IL 61244

Sean Young
40 Crestwood Terrace
Davenport, IA 52803

Erik R. Jones
17 Timber Ridge Rd.
Coal Valley, IL 61240

Brandon Jones
901 8th Street
Colona, IL 61241

Jordan Jones
708 Chestnut Dr.
Colona, IL 61241