# EXHIBIT A



# SOLD TO SHIPPED TO

**DATE**: 11/2/17
**PURCHASER:** **Power Up Electrical Contractors, LLC**
**BILLING ADDRESS:** 2060 Craigshire Rd St. Louis, MO 63145
**PHONE NUMBER:** 618-779-0905
**FAX NUMBER:**
**CELL NUMBER:** 314-241-8188
**E-MAIL ADDRESS:** klederman@theupcompanies.com    nglass@theupcompanies.com
**UNIT PURCHASED:** 2017 Ford F550 4x2 Bucket Truck
**VEHICLE ID NUMBER**: 1FDUF5HT4HDA03981

| | |
|---|---:|
| **VEHICLE PURCHASE PRICE:** | 134,000.00 |
| **ALLOWANCE FOR VEHICLE IF APPLICABLE:** | |
| **DOCUMENT FEES:** | 170.00 |
| **BUYERS ADD ONS:** | |
| **SUB TOTAL:** | 134,170.00 |
| **SALES TAX IF APPLICABLE: RATE:** | 0.00 |
| **PLATE FEES:** | |
| **SHIPPING:** | |
| **OTHER:** | |
| **TOTAL VEHICLE PURCHASE:** | 134,170.00 |
| **LESS DEPOSIT:** | **(2,000.00)** |
| **BALANCE DUE** | $132,170.00 |

*** THIS IS A TWO PAGE DOCUMENT ***

**BALANCE DUE:         $132,170.00**

**2 YEARS PARTS & Labor on   cab back**

**Chassis:**

**Basic**
**Distance 36000 miles Months 36 months**
**Powertrain**
**Distance 60000 miles Months 60 months**
**Corrosion Perforation**
**Distance Unlimited miles Months 60 months**
**Roadside Assistance**
**Distance 60000 miles Months 60 months**
**Diesel Engine**
**Distance 100000 miles Months 60 months**
**NOW, THEREFORE, in consideration of the mutual promises and covenants contained herein, and for other good and valuable consideration, the sufficiency and receipt of which are hereby acknowledged, the parties hereto, intending to be legally bound, hereby agree to the contents of this document. All deposits are NON REFUNDABLE and will be taken to hold a vehicle up to fifteen (15) business days without charges or penalties. If delivery is chosen as part of the sale, the maximum allotted time of delivery can be up to twelve (12) months. This is due partly to the reconstruction process the item may have to go through and the delivery time of the item. All state taxes and state fees are per state regulated percentages and amounts and are subject to change per state requirements. Certain states in which the Buyer resides are exempt from taxes.  By signing this agreement Purchaser is authorizing I80 Equipment to execute  any credit card charge(s) if applicable and Purchaser is deeming the point of sale to be the City of Colona, County of Henry, Illinois.   All implied warranties of merchantability and fitness for any particular purpose in regard to the vehicle are hereby disclaimed. Most units are over 16,000lbs, with no guarantees of odometer accuracies, instrument gauges, temperature gauge, truck hours, weight/CDL classification, etc.  If weight classification is stated as being under CDL it is the responsibility of the purchaser to verify it complies with any and all state and/or federal regulations.  Any inspection reports are for informational purposes only and should be verified by the purchaser. In no event shall I80 Equipment or its representatives be liable for special, indirect, incidental or consequential damages, whether in contract, warranty, tort, negligence, strict liability or otherwise, including, but not limited to, loss of profits or revenue, loss of use of the vehicle or any associated equipment, cost of capital, cost of substitute equipment, facilities or services, downtime costs, delays, and claims of customers of the Purchaser or other third parties for any damages. I80 Equipment's liability for any claim for any loss or damage arising out of, connected with, or resulting from this agreement shall in no case exceed the purchase price exclusive of all applicable taxes and fees. Any action or suit against I80 Equipment arising in any way from this agreement must be commenced within one (1) year from date of delivery of the vehicle, and must be filed in the Circuit Court for Henry County, Illinois. This Agreement will be governed by and construed under the laws of the State of Illinois without regard to conflicts-of-law principles that would require the application of any other law This agreement is an integrated agreement containing the entire understanding among the parties regarding the matters addressed herein. No waiver, change, or modification of any terms or conditions shall be binding on either party unless made in writing and signed by both parties. The parties hereby expressly agree that this agreement shall not be construed against any party on the ground that such party was responsible for the preparation of this agreement, or on any related ground. Should any term or provision of this agreement be deemed to be invalid or unenforceable for any reason, such determination shall have no effect on the remaining terms and provisions of this agreement. This agreement shall be binding upon and shall inure to the benefit of the parties, as well as their respective successors and assigns. Each party represents and warrants that he/she/it has the full power and authority to execute and deliver this agreement and to perform all obligations hereunder.  The parties agree that this agreement shall be legally binding upon the electronic**

I 80 EQUIPMENT, LLC  By:

X

_____    _____
BUYER                                                                      SELLER

**THIS IS A TWO PAGE DOCUMENT – SIGNATURE ON PAGE TWO IS BINDING FOR PAGE ONE ALSO, INCLUDING THE CHARGE SLIP FOR THE CREDIT CARD FOR DOWN PAYMENT DEPOSIT!**

Revised 07-18-2013