# EXHIBIT B



# Payment Receipt

20490 E 550th St.
Colona IL 61241
United States

| | |
|---|---|
| **Date** | 11/2/2017 |
| **Payment Method** | Master Card |
| **Credit Card #** | ************7997 |

**Bill To**

POWER UP ELECTRICAL CONTR...
2060 CRAIGSHIRE ROAD
ST LOUIS MO 63146
United States

| Date | Description | Orig. Amount | Amount Due | Discount | Applied Amount |
|---|---|---|---|---|---|
| | | | | | |

| | |
|---|---|
| **Unapplied** | $2,000.00 |
| **Total** | $2,000.00 |