# EXHIBIT D

**Jeana Reinbold**

| | |
|---|---|
| **From:** | Karl Lederman <klederman@theupcompanies.com> |
| **Sent:** | Tuesday, December 26, 2017 8:47 AM |
| **To:** | Jeana Reinbold |
| **Subject:** | Fwd: New Invoice with Correct Address |

**Thank you,**

**Karl Lederman** | *General Manager*
　　　　　　　　 *Service & Field Operations*



POWER UP  SQUARE UP  KEEP UP

2060 Craigshire Road, St. Louis, MO

63146

d: 314.754.5551  m: 314.680.6295

the**UP**companies.com



*CONFIDENTIAL COMMUNICATION: This communication may contain confidential and privileged information that is for the sole use of the intended recipient. Any viewing, copying or distribution of, or reliance on this message by unintended recipients is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.*

Begin forwarded message:

> **From:** Sean Young <sean@newageutility.com>
> **Date:** December 14, 2017 at 4:53:55 PM CST
> **To:** Karl Lederman <klederman@theupcompanies.com>, Penny <penny@newageutility.com>
> **Cc:** Mitch Melega <mitch@newageutility.com>
> **Subject: RE: New Invoice with Correct Address**
>
> Thank you Karl we appreciate the communication. Have a great evening!
>
> ---
>
> **From:** Karl Lederman [mailto:klederman@theupcompanies.com]
> **Sent:** Thursday, December 14, 2017 4:53 PM
> **To:** Penny <penny@newageutility.com>

1

**Cc:** Mitch Melega <mitch@newageutility.com>; Sean Young <sean@newageutility.com>
**Subject:** Re: New Invoice with Correct Address

Our CFO talked to your bank person and they found the log jamb.
It should be in your account tomorrow morning.

**Thank you,**

**Karl Lederman** | *General Manager*
          *Service & Field Operations*



POWER UP  SQUARE UP  KEEP UP

2060 Craigshire Road, St. Louis, MO

63146

d: 314.754.5551  m: 314.680.6295

theUPcompanies.com

*CONFIDENTIAL COMMUNICATION: This communication may contain confidential and
privileged information that is for the sole use of the intended recipient. Any viewing, copying or
distribution of, or reliance on this message by unintended recipients is strictly prohibited. If you
have received this message in error, please notify us immediately by replying to the message and
deleting it from your computer.*

On Dec 14, 2017, at 1:49 PM, Penny <penny@newageutility.com> wrote:

> Karl,
>
>  Can you check with your bank? They should be able to do a wire trace? I called
> and received a voicemail.
>
>
>
> Please advise
>
>
>
> Penny Schmidt
> New Age Utility

Director of Operations
Po Box 754
East Moline, IL 61244
309-737-6998

---

**From:** Mitch Melega
**Sent:** Thursday, December 14, 2017 9:17:28 AM
**To:** Karl Lederman; Penny
**Cc:** Sean Young
**Subject:** RE: New Invoice with Correct Address

Karl,

I have been calling my contact at the bank each and everyday since you have confirmed this wire.  I still do not have the funds available at this time.  I have forwarded your confirmation and email to my contact, hoping for a quick resolution.  Do you know if your bank initiated the wire, or if someone internally administered the wire?  The reason I am asking, even with 15 years of experience, the wire instructions that have an intermediary tend to throw me in a loop personally sometimes, so it may be better to have the bank complete the entire process.  I will keep you updated when I know more on my end sir.

Mitch Melega, Owner/Financial Controller

---

**From:** Karl Lederman [mailto:klederman@theupcompanies.com]
**Sent:** Thursday, December 14, 2017 7:27 AM
**To:** Penny <penny@newageutility.com>
**Cc:** Sean Young <sean@newageutility.com>; Mitch Melega <mitch@newageutility.com>
**Subject:** Re: New Invoice with Correct Address

Penny,

The First Bank Confirmation # is 326765645.

It looked like the information you gave us showed and intermediary account. Maybe there is a delay before you get it. Our funds show as having gone out and not returned.

Please check again this morning.

**Thank you,**

**Karl Lederman** | *General Manager*
*Service & Field Operations*



POWER UP  SQUARE UP  KEEP UP

2060 Craigshire Road, St. Louis, MO

3

63146

d: 314.754.5551  m: 314.680.6295

the**UP**companies.com



*CONFIDENTIAL COMMUNICATION: This communication may contain confidential and privileged information that is for the sole use of the intended recipient. Any viewing, copying or distribution of, or reliance on this message by unintended recipients is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.*

On Dec 13, 2017, at 10:06 AM, Penny <penny@newageutility.com> wrote:

> Mitch called down to the bank. Nothing yet. Do you have the wire confirmation?
>
>
> Penny Schmidt
> New Age Utility
> Director of Operations
> Po Box 754
> East Moline, IL 61244
> 309-737-6998

**From:** Karl Lederman <klederman@theupcompanies.com>
**Sent:** Wednesday, December 13, 2017 10:01:34 AM
**To:** Penny
**Cc:** Sean Young; Mitch Melega
**Subject:** Re: New Invoice with Correct Address

Hi Penny

Any news?

**Thank you,**

**Karl Lederman** | *General Manager*
*Service & Field Operations*



POWER UP  SQUARE UP  KEEP UP

2060 Craigshire Road, St. Louis, MO

63146

d: 314.754.5551  m: 314.680.6295

the**UP**companies.com



*CONFIDENTIAL COMMUNICATION: This communication may contain confidential and privileged information that is for the sole use of the intended recipient. Any viewing, copying or distribution of, or reliance on this message by unintended recipients is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.*

On Dec 12, 2017, at 3:10 PM, Penny <penny@newageutility.com> wrote:

> I have reached out to my Financial Controller and asked him to confirm this transaction. I will let you know when he replies. Thanks
>
>
> Penny Schmidt
> New Age Utility
> Director of Operations
> Po Box 754
> East Moline, IL 61244
> 309-737-6998

**From:** Karl Lederman <klederman@theupcompanies.com>
**Sent:** Tuesday, December 12, 2017 1:53:38 PM
**To:** Penny
**Cc:** Sean Young; Mitch Melega
**Subject:** RE: New Invoice with Correct Address

Penny,

Can you confirm when you see the funds in your account. If it hasn't hit already it will yet today.

Thank you
Karl

---

**From:** Karl Lederman
**Sent:** Monday, December 11, 2017 2:53 PM
**To:** 'Penny' <penny@newageutility.com>
**Cc:** Sean Young <sean@newageutility.com>; Mitch Melega <mitch@newageutility.com>
**Subject:** RE: New Invoice with Correct Address

Penny,

The funds will be wired to your account tomorrow.

**Thank you,**

**Karl Lederman**  |  *General Manager*
*Service & Field Operations*

<image001.jpg>

POWER UP  SQUARE UP  KEEP UP

2060 Craigshire Road, St. Louis, MO 63146
d: 314.754.5551  m: 314.680.6295

theUPcompanies.com

<image002.png><image003.png><image004.png>

*CONFIDENTIAL COMMUNICATION: This communication may contain confidential and privileged information that is for the sole use of the intended recipient. Any viewing, copying or distribution of, or reliance on this message by unintended recipients is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.*

---

**From:** Penny [mailto:penny@newageutility.com]
**Sent:** Monday, December 11, 2017 2:12 PM
**To:** Karl Lederman <klederman@theupcompanies.com>
**Cc:** Sean Young <sean@newageutility.com>; Mitch Melega <mitch@newageutility.com>
**Subject:** Re: New Invoice with Correct Address

Penny Schmidt
New Age Utility
Director of Operations
Po Box 754
East Moline, IL 61244
309-737-6998

---

**From:** Karl Lederman
<[klederman@theupcompanies.com](mailto:klederman@theupcompanies.com)>
**Sent:** Monday, December 11, 2017 2:03:06 PM
**To:** Penny
**Cc:** Sean Young; Mitch Melega
**Subject:** RE: New Invoice with Correct Address

Penny

The $500 buyer add on for the extended warranty is in the total price but the line item amount is missing on the first page.

Karl

---

**From:** Penny [[mailto:penny@newageutility.com](mailto:penny@newageutility.com)]
**Sent:** Monday, December 11, 2017 1:50 PM
**To:** Karl Lederman <[klederman@theupcompanies.com](mailto:klederman@theupcompanies.com)>
**Cc:** Sean Young <[sean@newageutility.com](mailto:sean@newageutility.com)>; Mitch Melega <[mitch@newageutility.com](mailto:mitch@newageutility.com)>
**Subject:** New Invoice with Correct Address

Penny Schmidt
New Age Utility
Director of Operations
Po Box 754
East Moline, IL 61244
309-737-6998