UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | Chapter 7 |
| ) | Case No. 17-81749 |
| I80 EQUIPMENT, LLC, ) | |
|     Debtor. ) | |
| ) | |
| BROCC EQUIPMENT, LLC ) | Adversary Case No. |
|     Plaintiff-Creditor/Owner ) | |
| ) | |
| v. ) | |
| ) | |
| I80 EQUIPMENT, LLC ) | |

**COMPLAINT TO TURNOVER PROPERTY
OWNED BY BROCC EQUIPMENT, LLC**

NOW COMES PLAINTIFF, BROCC EQUIPMENT, LLC, a Colorado limited liability company ("BROCC EQUIPMENT"), by and through its attorneys, COLT W. JOHNSON and the law firm of HASSELBERG, ROCK, BELL & KUPPLER LLP, and NICHOLAS H. ORES and in support of its Complaint To Turnover Property states as follows:

1. DEBTOR filed its Petition for Bankruptcy under Chapter 7 on or about December 6, 2017, in the United States Bankruptcy Court for the Central District of Illinois.

2. BROCC EQUIPMENT is a Colorado Limited Liability Company with its principal place of business in Larimer County, Colorado.

3. On or about February 14, 2017, BROCC EQUIPMENT entered into a contract with DEBTOR for the purchase of a 2007 Freightliner M2 with mounted ALTEC crane unit (hereinafter "truck/crane").

4. The purchase price of the truck/crane was $185,670.00 and the terms of the contract were contained in a number of emails exchanged between BROCC EQUIPMENT and DEBTOR. Copies of said emails are attached hereto, marked as Exhibit A and made a part hereof.

5. On or about February 14, 2017, and in accordance with the terms of the purchase

contract, BROCC EQUIPMENT paid DEBTOR a $2,000.00 deposit. A copy of the payment receipt reflecting the $2,000.00 deposit is attached hereto, marked as Exhibit B and made a part hereof.

6. On or about May 1, 2017, DEBTOR delivered to BROCC EQUIPMENT in Colorado the subject truck/crane.

7. On or about May 1, 2017, upon receiving the subject truck/crane, BROCC EQUIPMENT paid to DEBTOR the remaining balance due of $183,670.00 under the contract. A copy of said cashier's check is attached hereto, marked as Exhibit C and made a part hereof.

8. At the time of delivery, DEBTOR provided to BROCC EQUIPMENT a Bill of Sale and a "sold to shipped to" agreement. A copy of said bill of sale is attached hereto, marked as Exhibit D and made a part hereof. A copy of said "sold to shipped to" agreement is attached hereto, marked as Exhibit E and made a part hereof.

9. On or about May 4, 2017, BROCC EQUIPMENT notified DEBTOR that the truck/crane did not conform to the terms of the contract due to repairs needed.

10. On or about May 19, 2017, the DEBTOR picked up the truck/crane from BROCC EQUIPMENT to make the necessary repairs to the truck/crane.

11. In or around May or June 2017, DEBTOR delivered and transferred the title to the truck/crane to BROCC EQUIPMENT. A copy of said title is attached hereto, marked as Exhibit F and made a part hereof.

12. As of this date, DEBTOR has not returned possession of the truck/crane to BROCC EQUIPMENT.

13. On or about November 1, 2017, The DEBTOR notified BROCC EQUIPMENT, through counsel, that the truck/crane was at an ALTEC Crane Service facility in Missouri still awaiting repairs.

14. In December 2017, counsel for BROCC EQUIPMENT contacted a service manager

for ALTEC, Brian Boydston, who indicated that the subject truck/crane was inspected at their facility, no repairs were made, and DEBTOR picked up the truck/crane and drove it back to its main facility in Colona, Illinois.

15.     Upon information and belief, DEBTOR remains in possession of the truck/crane at its main facility in Colona, Illinois.

16.     BROCC EQUIPMENT is the owner of the subject truck/crane, and the DEBTOR should be ordered to turnover possession of the truck/crane to BROCC EQUIPMENT.

17.     BROCC EQUIPMENT has acted diligently to investigate the facts of this case and to file its request for a turnover order to be entered against the DEBTOR.

WHEREFORE, BROCC EQUIPMENT, respectfully requests of this Court as follows:

A.     That the Court enter an order requiring DEBTOR, I80 EQUIPMENT, LLC, to turnover the 2007 Freightliner M2 with mounted ALTEC crane unit to BROCC EQUIPMENT, LLC; and

B.     For such other and further relief as the court deems appropriate.

Respectfully submitted,

BROCC EQUIPMENT, LLC a Colorado limited liability company, Plaintiff, by HASSELBERG, ROCK, BELL & KUPPLER LLP and ORES LAW, its attorneys,

By:     /s/ Colt W. Johnson
        ONE OF ITS ATTORNEYS

Colt W. Johnson
HASSELBERG, ROCK, BELL & KUPPLER LLP
Associated Bank Bldg., Suite 200
4600 N. Brandywine Dr.
Peoria, IL 61614
(309) 688-9400
E-Mail: cjohnson@hrbklaw.com

Nicholas H. Ores
Attorney at Law
P.O. Box 7696
Loveland, CO 80537
(970)461-0754
E-mail: nick@oreslaw.com

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 17-81749 |
| I80 EQUIPMENT, LLC, | ) | |
|     Debtor. | ) | |
| | ) | |
| BROCC EQUIPMENT, LLC | ) | Adversary Case No. |
|     Plaintiff-Creditor/Owner | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| I80 EQUIPMENT, LLC | ) | |

**SUMMARY OF EXHIBITS**

The following exhibits pertaining to the Complaint To Turnover Property Owned by Brocc Equipment, LLC filed on December 28, 2017.

Exhibit A -   Terms of the Contract set forth in emails exchanged between Brocc Equipment, LLC and I80 Equipment, LLC.

Exhibit B -   A copy of the $2,000.00 deposit payment receipt.

Exhibit C -   A copy of the Cashier's Check provided by Brocc Equipment, LLC to I80 Equipment, LLC for the purchase of the 2007 Freightliner M2 with mounted ALTEC crane unit.

Exhibit D -   A copy of the Bill of Sale provided by I80 Equipment, LLC to Brocc Equipment, LLC for the purchase of the 2007 Freightliner M2 with mounted ALTEC crane unit.

Exhibit E -   A copy of the "sold to shipped to" agreement provided by I80 Equipment LLC to Brocc Equipment, LLC for the purchase of the 2007 Freightliner M2 with mounted ALTEC crane unit.

Exhibit F -   A copy of the title for the purchased 2007 Freightliner M2 with mounted ALTEC crane unit.

> BROCC EQUIPMENT, LLC a Colorado limited liability company, Plaintiff, by HASSELBERG, ROCK, BELL & KUPPLER LLP and ORES LAW, its attorneys,
>
> By:   /s/Colt W. Johnson
>        ONE OF ITS ATTORNEYS