From: Jordan Jones jordan@i80equipment.com
Subject: RE: I 80 Equipment 2007 Freightliner M2 Crane Jordan
Date: Feb 13, 2017 at 2:27:19 PM

Yes sir I am!

**From:** BENJAMIN BROCCOLI [mailto:broccframing@msn.com]
**Sent:** Monday, February 13, 2017 3:26 PM
**To:** Jordan Jones <jordan@i80equipment.com>
**Subject:** Re: I 80 Equipment 2007 Freightliner M2 Crane Jordan

I'm ready to reserve this crane. Are you good with that?


**Benjamin J. Broccoli**

Bridgewater Homes LLC
***Brocc Framing, Inc.***
***Brocc Equipment, LLC***
bridgewaterhomes.com
broccequipment.com
broccframing@msn.com
c. 970.310.6178

> On Feb 9, 2017, at 12:05 PM, Jordan Jones <jordan@i80equipment.com> wrote:

Ben,

Thank you for all of your time and going over our complete reconditioning process and the 2007 Freightliner M2 Crane. As promised attached is a link to a short video going over our complete reconditioning process along with all the weldment pictures you requested. Since this is a new arrival all pictures are all original before any reconditioning, when inspecting the weldments, I did not see any cracks whatsoever. I cleaned around the weldments as best I could. I spoke with my production manager, on the LMAP system on this set up you will have a brand LMAP installed, this has been ordered and is in our parts department. This unit was ran out of Texas and we ended up getting six units total. I also wanted to go over our complete process on how to secure this unit and start our complete reconditioning process. If this unit is a fit we require a $2000 initial investment. This will hold the unit and we will consider the unit sold. Since this is a brand new arrival I will make sure you have photos through our complete process. Once completed at our


EXHIBIT A

body shop facility, the unit will head over to our mechanics for a complete DOT inspection into your companies name. After the DOT inspection we will do a complete OSHA certification on the boom. This will also go into your companies name and will be valid for one year. After completion we will put together a 15-20 minute operations, safety and approval video going over the complete operations on the crane. Once you do your final approval we can line up a trip to our facility. Once at our facility we will put this unit through it paces and make sure if you see any items we create a punch list. We also encourage a third party inspection, this is totally up to you, if you chose this route we would like first opportunity to correct any issues if found. We are human and want to make sure you are 100% happy. After final approval certified funds will be due. If you choose we can set up delivery to your front door or you can drive the unit off the lot. Once you take ownership our 30 day 3,000 miles warranty goes into effect. Ben, I hope I explained our reconditioning process thoroughly. I will follow up with a call along with a text to make sure you have all of the information I promised you. Once again thank you for the opportunity. Jordan



http://www.i80equipment.com/trucks/crane-trucks/altec-ac35-127s-2007-freightiner-m2-8x6-tridem-axle-crane-truck (Click Link)

Attachment- Authorization Form for $2000 initial investment, once received all of the above will go into effect.



Jordan Jones
I 80 Equipment
C: 309-236-9451
P: 309-949-3701
Fax: 309-949-3760
www.i80equipment.com
Jordan@i80equipment.com