

# Payment Receipt

| | |
|---|---|
| Date | 2/14/2017 |
| Payment Method | VISA |
| Credit Card # | ************6601 |

20490 E 550th St.
Colona IL 61241
United States

**Bill To**
BRIDGEWATER HOMES LLC
7668 BIG VALLEY DRIVE
LOVELAND CO 80537
United States

| Date | Description | Orig. Amount | Amount Due | Discount | Applied Amount |
|---|---|---|---|---|---|
| | | | | | |

Unapplied $2,000.00
Total $2,000.00



EXHIBIT B