

# GUARANTY BANK
## AND TRUST COMPANY℠

DATE: 3/31/17

DEALERSHIP: I-80 Equipment
PO Box 132
Colona, IL 61241

Attn - Finance Department

DEALERSHIP PHONE  888-949-3701

This is to certify that Guaranty Bank and Trust is holding $183,670.00 in reserve for the purchase of the vehicle described below.

    Vehicle Description:    2007 Freightliner M2 8x6 Tridem Axle Crane Truck

    VIN #:    1FVHCYDJ87DX28359

Title documents should read as follows:

    Customer Name(s):    Brocc Equipment, LLC

Title documents may be delivered by messenger to our Loan Operations Department which is located at 300 E. 29th St., Loveland, CO 80538.

We appreciate the opportunity to do business with you. Should you have any questions about the above, please do not hesitate to call me at 970-622-2365.

Sincerely,

Kris r. Harris
Commercial Banking Assistant

303.293.5500 | GuarantyBankCO.com | 970.454.4220





**GUARANTY BANK AND TRUST COMPANY**

1331 Seventeenth Street
Denver, Colorado 80202
(303) 293-5500

**203836**

DATE March 31, 2017

PURCHASER   BROCC EQUIPMENT LLC

PAY   ONE HUNDRED EIGHTY-THREE THOUSAND SIX HUNDRED SEVENTY AND 00/100

TO THE ORDER OF   \*\*\*I-80 EQUIPMENT\*\*\*

$\*\*\*\*183,670.00\*\*\*

If this check is lost, stolen or destroyed within 90 days of the date it is issued, we will not pay or issue a replacement check without an indemnity bond. After 90 days, we will pay or issue a replacement check upon receipt of a properly executed declaration of loss form.

AUTHORIZED SIGNATURE

**CASHIER'S CHECK**

**CUSTOMER - FILE COPY**

**NOT NEGOTIABLE**

COMMENT: _____