

# Bill of Sale

THIS BILL OF SALE made this day, __05/01/2017__, between the Seller
                                    Date

__I 80 EQUIPMENT LLC__

of __20490 E 550th ST,  PO Box 132__     __Colona   Illinois   61241__
           Address                          City      State     Zip

and the Buyer __Brocc Equipment LLC__
                Name of Buyer

of __7668 Big Valley Dr.__               __Loveland   CO   80537__
         Address                           City       State  Zip

__970-310-6178__                          __broccframing@msn.com__
Telephone Number                          E-Mail

**WHEREAS, Seller and Buyer have entered into a Sold To Shipped To agreement, the contents of which are incorporated in this Bill of Sale as though fully set forth herein, pursuant to which Seller has agreed to sell to Buyer the vehicle described therein.**

2007 Freightliner M2 Tri Axle Crane Truck VIN#1FVHCYDJ87DX28359 $185,500 US DOLLARS

**NOW, THEREFORE, in consideration of the promises and of other good and valuable consideration to Seller in hand paid by Buyer, at or before the execution and delivery hereof, the receipt and sufficiency of which are hereby acknowledged, Seller has conveyed, granted, bargained, sold, transferred, set over, assigned, aliened, remised, released, delivered and confirmed unto Buyer its successors and assigns forever, and by this Bill of Sale does hereby convey, grant, bargain, sell, transfer, set over, assign, alien, remise, release, deliver and confirm unto buyer, its successors and assigns forever; and by this Bill of Sale does hereby convey, grant, bargain, sell, transfer, set over, assign, alien, remise, release, deliver and confirm unto Buyer, its successors and assigns forever, all of Seller's right, title and interest in and to the vehicle described in the Sold To Shipped To agreement. Seller hereby sells, transfers, and assigns the vehicle in as-is condition. All implied warranties of merchantability and fitness for any particular purpose in regard to the vehicle are hereby disclaimed. Buyer accepts delivery of the vehicle, acknowledges it has inspected the vehicle and that the vehicle is represented, and thereby confirms it has not relied on any representation of Seller or its agents. Buyer knowingly and voluntarily waives any and all rights to a refund or chargeback of any portion of the total purchase price of the vehicle. The execution of your signature on this document also assures I-80 Equipment that authorization of payment will be given to a third party lender if funding is required for purchase.**

This vehicle has a limited warranty on the following checked item(s). This warranty does not cover normal wear and tear that may come about with normal driving. This Limited warranty is good for 30 days or 3,000 miles. If any problem arises, seller reserves the right to either have the truck brought here for the work to be done at sellers location or have the work done by a mechanic's shop near buyer. Before any work may be performed seller reserves the right to decide if the questionable repair is under the warranty policy. If the seller does not feel as though the repair falls under the warranty, the purchaser retains the responsibility of the costs of the repair(s) to the vehicle purchased. The seller has no responsibilities toward any repair that does not fall under the warranty.

__X__  Major Engine Warranty
__X__  Drive Train

**IN WITNESS WHEREOF, the undersigned parties, each intending to be legally bound, hereby execute this Bill of Sale as of the date first written above.**

I80 Equipment by

_____          _____
Signature of Seller                    Signature of Buyer     Revised 8/15/2011

EXHIBIT D