

**888-949-3701**
Fax: 309-949-3760
P.O. Box 132 Colona, IL 61241
www.i80equipment.com

## SOLD TO SHIPPED TO

| | |
|---|---|
| DATE: | 2/14/17 |
| PURCHASER: | Brocc Equipment LLC |
| BILLING ADDRESS: | 7668 Big Valley Dr. Loveland, CO 80537 |
| PHONE NUMBER: | 970-310-6178 |
| FAX NUMBER: | |
| CELL NUMBER: | |
| E-MAIL ADDRESS: | broccframing@msn.com |
| UNIT PURCHASED: | 2007 Freightliner M2 8x6 Tridem Axle Crane Truck |
| VEHICLE ID NUMBER: | 1FVHCYDJ87DX28359 |

| | |
|---|---:|
| VEHICLE PURCHASE PRICE: | 185,500.00 |
| ALLOWANCE FOR VEHICLE IF APPLICABLE: | |
| DOCUMENT FEES: | 170.00 |
| BUYERS ADD ONS: | |
| SUB TOTAL: | 185,670.00 |
| SALES TAX IF APPLICABLE: RATE: | 0.00 |
| PLATE FEES: | |
| SHIPPING: | |
| OTHER: | |
| TOTAL VEHICLE PURCHASE: | 185,670.00 |
| LESS DEPOSIT: | (2,000.00) |
| BALANCE DUE | $183,670.00 |



EXHIBIT E

*** THIS IS A TWO PAGE DOCUMENT ***

BALANCE DUE: $183,670.00

30DAY/3,000 MILE OUR PARTS & LABOR COST WARRANTY ALL MONIES ARE US DOLLARS

NOW, THEREFORE, in consideration of the mutual promises and covenants contained herein, and for other good and valuable consideration, the sufficiency and receipt of which are hereby acknowledged, the parties hereto, intending to be legally bound, hereby agree to the contents of this document. All deposits are NON REFUNDABLE and will be taken to hold a vehicle up to fifteen (15) business days without charges or penalties. If delivery is chosen as part of the sale, the maximum allotted time of delivery can be up to twelve (12) months. This is due partly to the reconstruction process the item may have to go through and the delivery time of the item. All state taxes and state fees are per state regulated percentages and amounts and are subject to change per state requirements. Certain states in which the Buyer resides are exempt from taxes. By signing this agreement Purchaser is authorizing I80 Equipment to execute any credit card charge(s) if applicable and Purchaser is deeming the point of sale to be the City of Colona, County of Henry, Illinois. All implied warranties of merchantability and fitness for any particular purpose in regard to the vehicle are hereby disclaimed. Most units are over 16,000lbs, with no guarantees of odometer accuracies, instrument gauges, temperature gauge, truck hours, weight/CDL classification, etc. If weight classification is stated as being under CDL it is the responsibility of the purchaser to verify it complies with any and all state and/or federal regulations. Any inspection reports are for informational purposes only and should be verified by the purchaser. In no event shall I80 Equipment or its representatives be liable for special, indirect, incidental or consequential damages, whether in contract, warranty, tort, negligence, strict liability or otherwise, including, but not limited to, loss of profits or revenue, loss of use of the vehicle or any associated equipment, cost of capital, cost of substitute equipment, facilities or services, downtime costs, delays, and claims of customers of the Purchaser or other third parties for any damages. I80 Equipment's liability for any claim for any loss or damage arising out of, connected with, or resulting from this agreement shall in no case exceed the purchase price exclusive of all applicable taxes and fees. Any action or suit against I80 Equipment arising in any way from this agreement must be commenced within one (1) year from date of delivery of the vehicle, and must be filed in the Circuit Court for Henry County, Illinois. This Agreement will be governed by and construed under the laws of the State of Illinois without regard to conflicts-of-law principles that would require the application of any other law This agreement is an integrated agreement containing the entire understanding among the parties regarding the matters addressed herein. No waiver, change, or modification of any terms or conditions shall be binding on either party unless made in writing and signed by both parties. The parties hereby expressly agree that this agreement shall not be construed against any party on the ground that such party was responsible for the preparation of this agreement, or on any related ground. Should any term or provision of this agreement be deemed to be invalid or unenforceable for any reason, such determination shall have no effect on the remaining terms and provisions of this agreement. This agreement shall be binding upon and shall inure to the benefit of the parties, as well as their respective successors and assigns. Each party represents and warrants that he/she/it has the full power and authority to execute and deliver this agreement and to perform all obligations hereunder. The parties agree that this agreement shall be legally binding upon the electronic transmission, including by facsimile or email of .pdf files, by each party of a signed signature page to this agreement to the other party. If the buyer has a Trade-in included with the sale they warrant that they have a good and marketable title to the Trade-in and that it is free and clear of all liens and encumbrances; and further, that the title is not branded, and is free and clear of all indicators that the Trade-in was a salvage or flood damaged vehicle, that it was reconstructed or subject to any other condition that would adversely affect the value of such vehicle, except as otherwise disclosed to the Dealer.

_____  
BUYER

I 80 EQUIPMENT, LLC By:

_____  
SELLER

**THIS IS A TWO PAGE DOCUMENT – SIGNATURE ON PAGE TWO IS BINDING FOR PAGE ONE ALSO, INCLUDING THE CHARGE SLIP FOR THE CREDIT CARD FOR DOWN PAYMENT DEPOSIT!**

Revised 07-18-2013