# TEXAS CERTIFICATE OF TITLE

**TxDMV** — TEXAS DEPARTMENT OF MOTOR VEHICLES

112831559

**VEHICLE IDENTIFICATION NUMBER:** 1FVHCYDJ87DX28359
**YEAR MODEL:** 2007
**MAKE OF VEHICLE:** FRHT
**BODY STYLE:** TR

**TITLE DOCUMENT NUMBER:** 20910041528103249
**DATE TITLE ISSUED:** 09/25/2013

**MFG. CAPACITY IN TONS:** —
**WEIGHT:** 57560
**LICENSE NUMBER:** 1C88948

**PREVIOUS OWNER:** ANDERSON PERFORATING LTD ALBANY TX

**OWNER:**
ANDERSON PERFORATING
SERVICES, LLC
PO BOX 2037
ALBANY, TX 76430

**ODOMETER READING:** EXEMPT
**REMARKS:** DIESEL

X _____
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

B2
259
Lot 156

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

**DATE OF LIEN:** NONE    **1ST LIENHOLDER:**    **1ST LIEN RELEASED** ____ DATE ____
BY ____ AUTHORIZED AGENT

**DATE OF LIEN:**    **2ND LIENHOLDER:**    **2ND LIEN RELEASED** ____ DATE ____
BY ____ AUTHORIZED AGENT

**DATE OF LIEN:**    **3RD LIENHOLDER:**    **3RD LIEN RELEASED** ____ DATE ____
BY ____ AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

**RIGHTS OF SURVIVORSHIP AGREEMENT**
WE, THE MARRIED PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE ____ DATE ____
SIGNATURE ____ DATE ____
SIGNATURE ____ DATE ____

FORM 30-C REV. 04/2012    DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

EXHIBIT F

WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE, CURRENT LICENSE RECEIPT, AND SIGNED APPLICATION FOR TITLE (FORM 130-U) INDICATING DATE OF SALE AND SALES PRICE TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR-COLLECTOR WITHIN 30 DAYS TO AVOID PENALTY.

FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

## ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: **GROVE TRUCKS**     Street: **POB 535249**     City: **GRAND PRAIRIE**     State: **TX**     Zip: **75053**

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale: 2-6-15

Signature of Seller/Agent: Anderson Logistic Services LLC
Printed Name: Anderson Logistics Services LLC

Signature of Buyer/Agent: [signature]
Printed Name: A.M. Weathers

I am aware of the above odometer certification made by the seller/agent.

## FIRST REASSIGNMENT — DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: **Equify**     24280 Interstate 20     Wills Point, TX 75169

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale: 10-7-15

Dealer's Name: **GROVE TRUCKS**     Dealer No: P119089W

Agent's Signature: [signature]
Printed Name: A.M. Weathers

Signature of Buyer/Agent: Kristi Whitaker
Printed Name: Kristi Whitaker

## SECOND REASSIGNMENT — DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: Erik Jones     Street: 130 Walnut Lane     City: Colona     State: IL     Zip: 61241

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale: 10-26-15

Dealer's Name: **EQUIFY AUCTIONS LLC**     Dealer No: P130139

Agent's Signature: Kristi Whitaker
Printed Name: Kristi Whitaker

I am aware of the above odometer certification made by the seller/agent.

## THIRD REASSIGNMENT — DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser:     Street:     City:     State:     Zip:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale:     Dealer's Name:     Dealer No:

## LIEN

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE:
1ST LIEN IN FAVOR OF (NAME & ADDRESS)