UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 17-81749 |
| I80 EQUIPMENT, LLC ) | |
| ) | Chapter 7 |
| Debtor(s) ) | |

## MOTION FOR BANKRUPTCY RULE 2004 EXAMINATION

NOW COMES Jeana K. Reinbold, solely as Chapter 7 Trustee of the Estate of I80 Equipment, LLC ("Trustee"), by counsel, and in support of this motion, states as follows:

1. On December 6, 2017, the Debtor filed a voluntary petition for relief pursuant to chapter 7 of the United States Bankruptcy Code.

2. The Trustee is the duly appointed, qualified and serving chapter 7 trustee in the Debtor's case.

3. I80 Equipment, LLC ("Debtor") was in the business of repairing and refurbishing bucket trucks and selling them throughout the country.

4. Beacon Funding ("Beacon") was a company that provided financing to customers of the Debtor for trucks that its customers bought.

5. The Trustee is informed that since the filing of the case that Beacon has continued to be in communications with various previous employees of the Debtor and New Age Utility, LLC ("New Age") regarding customer orders in which the estate may have an interest. Upon information and belief, Jeremy Tsakiris and Amy McDonald handled the Debtor's account, and now the New Age account, and possess information about orders by these entities with the Debtor's former customers.

6. The Trustee accordingly requests the permission of this Court to obtain documentation from Mr. Tsakiris, Ms. McDonald and Beacon regarding its transactions with the

Debtor and various parties related to the Debtor both before and since the filing date by subpoena, sworn deposition or other discovery to obtain information relevant to the administration of this case.

    WHEREFORE, the Trustee respectfully prays that the Court enter an order authorizing the Bankruptcy Rule 2004 Examination of Beacon Funding, Jeremy Tsakiris and Amy McDonald and the issuance of subpoenas and other discovery and grant such other relief as it may deem just.

                                            Respectfully submitted,

                                            CHAPTER 7 TRUSTEE

Dated: January 22, 2018                        /s/ Jeana K. Reinbold
                                                                 By: Jeana K. Reinbold
                                                                  as Attorney for Trustee
                                                                  P.O. Box 7315
                                                                 Springfield, IL 62791-7315
                                                                 jeana@jeanareinboldlaw.com
                                                                (217) 241-5629

## CERTIFICATE OF SERVICE

    I do hereby certify that I have caused to be served a copy of the foregoing MOTION FOR 2004 EXAMINATION, this day, by CM/ECF electronic filing and/or first class mail as indicated below.

Dated: January 22, 2018                        /s/ Jeana K. Reinbold
                                                                 Jeana K. Reinbold

By CM/ECF:

Debra Babu on behalf of Creditor Altec Capital Services, LLC
ddevassy@askounisdarcy.com, jburt@askounisdarcy.com

Mark A Bogdanowicz on behalf of Creditor Vibrant Credit Union
mbogdanowicz@howardandhoward.com, pkinsman@howardandhoward.com

Erica Joy Bury on behalf of Creditor BMB/SWC Ranches, Inc.
ebury@smsm.com

Dale G Haake on behalf of Interested Party New Age Utility, LLC

dhaake@katzlawfirm.com, vkennedy@katzlawfirm.com;awierenga@katzlawfirm.com

Dale G Haake on behalf of Interested Party Brandon Jones
dhaake@katzlawfirm.com, vkennedy@katzlawfirm.com;awierenga@katzlawfirm.com

Dale G Haake on behalf of Interested Party Jordan Jones
dhaake@katzlawfirm.com, vkennedy@katzlawfirm.com;awierenga@katzlawfirm.com

Dale G Haake on behalf of Interested Party Mitch Melega
dhaake@katzlawfirm.com, vkennedy@katzlawfirm.com;awierenga@katzlawfirm.com

Dale G Haake on behalf of Interested Party Penny Schmidt
dhaake@katzlawfirm.com, vkennedy@katzlawfirm.com;awierenga@katzlawfirm.com

Dale G Haake on behalf of Interested Party Sean Young
dhaake@katzlawfirm.com, vkennedy@katzlawfirm.com;awierenga@katzlawfirm.com

Colt Wayne Johnson on behalf of Plaintiff Brocc Equipment, LLC
cjohnson@hrbklaw.com

Jeffrey E Krumpe on behalf of Creditor First Midwest Bank
jeffrey.krumpe@mhtlaw.com, jeffrey.krumpe@mhtlaw.com

Chad Jonathan Layton on behalf of Creditor BMB/SWC Ranches, Inc.
clayton@smsm.com, kagapayread@smsm.com

Steven L Nelson on behalf of Creditor First Midwest Bank
snelson@califf.com

Candy K Pastrnak on behalf of Interested Party Walcott Trust & Savings Bank
ckpastrnak@pastrnak.com, smonson@pastrnak.com;lhuff@pastrnak.com

Justin Raver on behalf of Debtor I80 Equipment, LLC
justin@barashlaw.com, janet@barashlaw.com;kelly@barashlaw.com

Justin Raver on behalf of Interested Party Justin Raver
justin@barashlaw.com, janet@barashlaw.com;kelly@barashlaw.com

Matthew J. Stockl on behalf of Creditor First Midwest Bank
mstockl@foley.com

Matthew J. Stockl on behalf of Plaintiff First Midwest Bank
mstockl@foley.com

U.S. Trustee
USTPRegion10.PE.ECF@usdoj.gov

Joseph B VanFleet on behalf of Creditor Vibrant Credit Union
jvanfleet@howardandhoward.com, kpetri@howardandhoward.com

Ciara Vesey on behalf of Creditor Clear Fibre Technologies, Inc.
ciara@ciaravesey.com

By First Class Mail and Email:

Aaron Massie, General Counsel
Beacon Funding
AMassie@beaconfunding.com
3400 Dundee Road, Suite 180
Northbrook, Illinois 60062