**IT IS SO ORDERED.**

**SIGNED THIS: January 23, 2018**

_____
**Thomas L. Perkins
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 17-81749 |
| I80 EQUIPMENT, LLC | ) | |
| | ) | Chapter 7 |
| Debtor(s) | ) | |

ORDER GRANTING MOTION FOR RULE 2004 EXAMINATION

This matter coming before on the Trustee's Motion for Bankruptcy Rule 2004 Examination ("Motion"), the Court being advised in the premises,

IT IS HEREBY ORDERED THAT the Motion is GRANTED and the Trustee is authorized to conduct the Bankruptcy Rule 2004 Examination of Beacon Funding, Jeremy Tsakiris and Amy McDonald and to issue subpoenas and discovery to the said entity and individuals.

##