UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| I80 EQUIPMENT, LLC ) | Case No. 17-81749 |
| ) | |
| ) | Chapter 7 |
| Debtor(s) ) | |

### RESPONSE TO TRUSTEE'S MOTION FOR SANCTIONS

NOW COME New Age Utility[*], LLC, Mitch Melega, Penny Schmidt, Sean Young, Brandon Jones, and Jordan Jones, by their attorneys, Katz Nowinski P.C., and for their Response to Trustee's Motion for Sanctions, state:

1. These respondents unequivocally deny that they have any personal property of the Debtor, including but not limited to, machinery, equipment, furniture, fixtures, books, records, accounts, customer lists, information of any tangible or electronic nature.

2. These respondents do admit that upon the filing, and the extreme pressure put upon them by one Mr. Lederman, they did attempt to resurrect the ability to deliver a truck to him, believing that no truck would be delivered through the liquidating entity.

3. As the trustee stated in open court, but while not correcting the written record, upon such understanding, the funds that had been wired were reversed and the truck evidenced by the transaction attached to the trustee's motion has never left the factory.

4. Former customers of the defunct entity have contacted former sales persons of the defunct entity.

---

[*] Counsel is seeking new counsel for the entity as a potential conflict exists between the LLC and its members. Counsel does not represent Erik Jones, managing member of the LLC.

1

5. Upon information and belief, the defunct entity has no covenants not to compete with the prior salespersons.

6. No current or pending contract is now being sought by any of the above parties.

7. No corporate opportunity, advantage, prospective advantage or any other type of contract right is now being pursued, and no person stated above has any interest in any such right of the defunct entity.

8. Moreover, the respondents' new business does not cover the refurbishing of used vehicles nor shares the business model in any way.

WHEREFORE, New Age Utility, LLC, Mitch Melega, Penny Schmidt, Sean Young, Brandon Jones, and Jordan Jones, respectfully request that this Court deny the Trustee's Motion for Sanctions, and for such other and further relief as the Court may deem just and proper.

> New Age Utility, LLC, Mitch Melega,
> Penny Schmidt, Sean Young, Brandon Jones
> and Jordan Jones, Movants
>
> By: /s/ Dale G. Haake
> Dale G. Haake (03124381)

Katz | Nowinski P.C.
1000 36th Avenue
Moline, IL 61265
Phone: 309-797-3000
Email: dhaake@katzlawfirm.com
S:\DGH\PLEAD\New.Age.Utility.Response.to.Trustee's.Mtn.for.Sanctions.docx

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I electronically filed on January 30, 2018, a true and correct copy of the Response to Trustee's Motion for Turnover of Property of the Estate, which was filed with the Clerk of the Court via the CM/ECF system, and that such system sent notification of such filing to the following:

Mark A Bogdanowicz on behalf of Creditor Vibrant Credit Union
mbogdanowicz@howardandhoward.com, pkinsman@howardandhoward.com

Jeffrey E Krumpe on behalf of Creditor First Midwest Bank
jeffrey.krumpe@mhtlaw.com, jeffrey.krumpe@mhtlaw.com

Steven L Nelson on behalf of Creditor First Midwest Bank
snelson@califf.com

Justin Raver on behalf of Debtor I80 Equipment, LLC
justin@barashlaw.com, janet@barashlaw.com; kelly@barashlaw.com

U.S. Trustee
USTPRegion10.PE.ECF@usdoj.gov

Joseph B VanFleet on behalf of Creditor Vibrant Credit Union
jvanfleet@howardandhoward.com, sessig@howardandhoward.com

Ciara Vesey on behalf of Creditor Clear Fibre Technologies, Inc.
ciara@ciaravesey.com


/s/ Dale G. Haake
Dale G. Haake (03124381)
Katz | Nowinski P.C.
1000 36th Avenue
Moline, IL 61265
Phone: 309-797-3000
Email: dhaake@katzlawfirm.com

3