**IT IS SO ORDERED.**

**SIGNED THIS: March 23, 2018**

*/s/ Thomas L. Perkins*

_____
**Thomas L. Perkins
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 17-81749 |
| I80 EQUIPMENT, LLC ) | |
| ) | Chapter 7 |
| Debtor(s) ) | |

ORDER REGARDING TRANSACTIONS WITH MISSING TITLES

This cause coming on be heard pursuant to the Motion of Chapter 7 Trustee to Permit Release of Certain Titles and Vehicles and Request for Expedited Consideration (Court Doc. 158) ("Motion"), following notice and hearing,

IT IS HEREBY ORDERED THAT

1. The Trustee is hereby authorized to permit the release of titles free and clear of liens by the Illinois Secretary of State (ILSOS) for vehicles which were paid for and delivered pre-petition, under the following procedures:

    a) The party seeking the title applies for the title through the ILSOS and fully completes their application requirements, which includes providing a copy of the Bill of Sale, proof of payment for the transaction, payment for the title and a certification as to

the vehicle. Parties may contact Investigator Robert Allen at RAllen@ilsos.net or (815) 484-8100 for the application package and requirements;

b) The ILSOS notifies the Trustee of the application for the new title by providing a copy of the application and all required documents to the Trustee by email;

c) The Trustee notifies any known party claiming a lien (or its attorney) against the vehicle for which a title is sought and at the same time provides a copy of the application and all documents received from the ILSOS to any such party (or its attorney);

d) If the Trustee asserts no objection and receives no written objection from any such party within twenty-one (21) days of the date of the notice referred to in paragraph 1(c), the Trustee shall inform the ILSOS that the title may be issued. Title shall be issued free and clear of all liens;

e) If objection is asserted or received, the Trustee shall request a hearing regarding the transaction or transactions, and the ILSOS agrees not to issue a title until the Court issues an order resolving the issue.

IT IS FURTHER ORDERED THAT the Trustee and any parties claiming a lien specifically reserve their rights with respect to all vehicles for which titles are proposed to be issued, to the extent that such rights are not extinguished by the issuance of free and clear titles as provided above. The automatic stay is lifted to permit a title to be issued where the Trustee or known party claiming a lien (or its attorney) have not timely raised an objection. Specifically, in the event that any titles to vehicles cannot be issued free and clear of liens, the Trustee specifically reserves any and all of her rights under Chapter 5 or other applicable law, including but not limited to all her rights as to such vehicles and liens thereon.

Agreed to:

/s/ Jeana K. Reinbold
Jeana K. Reinbold, solely as Chapter 7 Trustee
of the Estate of I80 Equipment, LLC

/s/ Matthew J. Stockl
First Midwest Bank
By: Matthew J. Stockl
One of its attorneys

/s/ Mark A. Bogdanowicz
Vibrant Credit Union
By: Mark A. Bogdanowicz
One of its attorneys

###