**IT IS SO ORDERED.**

**SIGNED THIS: March 23, 2018**

_____
**Thomas L. Perkins**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

IN RE:                              )
                                    )   Case No. 17-81749
I80 EQUIPMENT, LLC                  )
                                    )   Chapter 7
                    Debtor(s)       )

ORDER REGARDING TRANSACTIONS WITH UNDELIVERED VEHICLES

This cause coming on be heard pursuant to the Motion of Chapter 7 Trustee to Permit Release of Certain Titles and Vehicles and Request for Expedited Consideration (Court Doc. 158) ("Motion"), following notice and hearing,

IT IS HEREBY ORDERED THAT:

1. The Trustee is hereby authorized to permit the release of the following vehicles which appear to be owned by other parties, under the conditions as set forth in this order:

| Customer | VIN | Party holding title |
|---|---|---|
| City of Springfield, Illinois | 1HTSHADT5YH294376 | City of Springfield |
| High Sierra Electronics | 3D6WU7EL6BG595763 | High Sierra Electronics |
| Summit Utility Construction | 3FDNF6520YMA44943 | Summit Utility Construction |

2. The Trustee is further authorized to permit the release of the following vehicles to customers who paid for them, under the conditions as set forth in this order:

| Customer | VIN | Party holding title |
|---|---|---|
| Beacon Funding Corporation / Lords Tree Service | 1HTWBAAN45J010877 | VCU |
| Beacon Funding Corporation / Old Town Tree Service | 3FRXF75N77V466314 | FMB |
| Beacon Funding Corporation / Secured Links Communication | 1HTMMAAM37H447725 | FMB |
| Capital Asset Resources / Klein Automotive & Electric | 1FVHC5DE64HM98634 | VCU |
| City of Sweetwater, Florida | 3F6WK76L99G516428 | FMB |
| Clear Fibre Technologies | 1HTSCAAN4YH694059 | FMB |
| Mountain Empire Community College | 1A9129161C460650 | ? |

3. The Trustee is also further authorized to permit the release of any insurance proceeds, to the extent received, for the following vehicles, subject to the terms of this order:

| Customer | VIN | Party holding title |
|---|---|---|
| Mountain Empire Community College | 1FVABTAK53HL66191 | ? |
| Rosebud Mining Company | 1FVHC5DE34HM98686 | VCU |
| Rosebud Mining Company | 1FVACXBS78HZ07445 | FMB |

If the parties to this order and the purchasers are unable to reach a resolution as to the allocation of insurance proceeds, the Trustee will request a further hearing regarding the same.

4. The Trustee shall provide to First Midwest Bank and Vibrant Credit Union all transactional documents she has received or obtained with regard to these transactions for the vehicles referred to in paragraphs (1), (2) and (3) within seven (7) days of the entry of this order. Any parties wishing to file an objection to the release of any of the vehicles referenced in this

order shall have a period of twenty-one (21) days from the date of the receipt of such documents to file any objection with the Court for further determination.

5. If no objection is filed, the Trustee is authorized to contact the purchasers to make the arrangements for them to retrieve their vehicles. The automatic stay is lifted for this purpose. Vehicles shall be released "as is" and without any warranties by the estate, with respective purchasers to bear all costs and liabilities associated with the vehicle, with no rights against the Trustee, her attorneys, her auctioneer, her agents or the estate on account of any losses, damages, expenses, fees or liabilities relating in any way to a vehicle. First Midwest Bank and Vibrant Credit Union shall also release any titles in their possession to purchasers if no objection is filed within twenty-one (21) days. If a title cannot be located, it shall be a purchaser's obligation to obtain their own title.

6. In the event that any vehicles or free and clear titles cannot be transferred to a purchaser, the Trustee specifically reserves any and all of her rights under Chapter 5 of the United States Bankruptcy Code or other applicable law, including but not limited to all her rights as to such vehicles and liens thereon.

Agreed to:

/s/ Jeana K. Reinbold
Jeana K. Reinbold, solely as Chapter 7 Trustee
of the Estate of I80 Equipment, LLC

/s/ Matthew J. Stockl
First Midwest Bank
By: Matthew J. Stockl
One of its attorneys

/s/ Mark A. Bogdanowicz
Vibrant Credit Union
By: Mark A. Bogdanowicz
One of its attorneys

###