Form minord

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

---

*In Re:* I80 Equipment, LLC  *Case No.:* 17–81749
*Debtor(s)*  *Chapter* 7

---

### ORDER

*Notice is hereby provided:*

☐   A Hearing having been held on the following matters:

☑   The following having been filed:

1. Trustee's Motion to Set Hearing

*IT IS ORDERED THAT:*

| MATTER | ACTION | |
|---|---|---|
| 1. | Allowed | A telephonic hearing will be held on August 21, 2018, at 1:30 p.m. to consider and act upon the dispute between Selco, Inc. and Vibrant Credit Union as to a 2006 International Digger Derrick. |
| | | Parties participating in this hearing are directed to call 1–877–336–1831 five minutes prior to the hearing time. Use Access Code 1082031. |

*Other:*

Dated: 8/14/18

 /S/  Thomas L. Perkins
United States Bankruptcy Judge

Go to **www.ilcb.uscourts.gov** for information regarding this court's *mandatory* electronic filing policy.