UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 17-81749 |
| I80 EQUIPMENT, LLC | ) | |
| | ) | Chapter 7 |
| Debtor(s) | ) | |

<u>THIRD APPLICATION FOR AUTHORITY TO PAY COUNSEL EXPENSES</u>

NOW COMES the Trustee in the above-captioned matter, and in support of this application to pay Andrew W. Covey certain expenses, states as follows:

1.      The Debtor filed the above Chapter 7 case on December 6, 2017.

2.      On February 13, 2018 (Court Doc. 126) and March 26, 2018 (Court Doc. 193), the Trustee was allowed to employ Andrew W. Covey as attorney in this case to assist with providing the services set forth in the Second Application by Trustee to Employ Attorney filed herein on January 24, 2018 (Court Doc. 104) and the Motion to Amend filed herein on March 22, 2018 (Court Doc. 187).

3.      In November and December 2019, the Trustee commenced 48 adversary cases, including adversary 19-8110 seeking recovery of $707,322.95 in prepetition transfers made by the Debtor to Menard, Inc. Previous litigation expenses in the amount of $3,751.40 and $7,881.28 were allowed and paid to Mr. Covey pursuant to orders allowing the same dated August 9, 2021 (Court Docs. 701) and September 26, 2023 (Court Doc. 755). Since that time, Mr. Covey has incurred the following expenses in connection with continuing litigation:

| | | |
|---|---|---|
| 8/30/23 | Foley & Lardner LLP | $        440.00 |
| 9/9/23 | Walmart – 2 flash drives | $          16.22 |
| 12/30/23 | Walmart – 2 flash drives | $          16.22 |
| 1/4/24 | PIP Printing-scan VCU Exhibits | $          57.20 |
| 1/8/24 | United States Postal Service | $            4.19 |
| 1/12/24 | Walmart – 4 flash drives | $          32.44 |
| 1/12/24 | PIP Printing-FMB 902(11) documents | $        200.04 |
| 1/16/24 | United States Postal Service | $            4.85 |
| 5/21/24 | PIP Printing-Ciasto Dep. Exhibits | $          77.72 |
| 5/31/24 | US Postal Service | $            3.02 |

| | | | |
|---|---|---|---|
| 6/6/24 | U.S. District Court | $ | 66.00 |
| 6/10/24 | Walmart-4 flash drives | $ | 24.81 |
| 6/12/24 | PIP Printing-Moton Limine Documents | $ | 155.44 |
| 7/23/24 | Heartland Parking-Melega/Jones sentencing | $ | 7.00 |
| 7/26/24 | U.S. District Court | $ | 31.00 |
| 11/12/24 | Pacer | $ | 262.70 |
| 12/9/24 | White Pages | $ | 5.99 |
| 12/31/24 | US Postal Service | $ | 12.75 |
| 2/4/25 | Parking Commerce Bank | $ | 8.00 |
| 2/10/25 | Pacer | $ | 220.60 |
| | TOTAL | $ | 1,646.19 |

4.     The Trustee believes Mr. Covey's above expenses benefitted the estate and

should be allowed.

WHEREFORE, the Trustee respectfully requests that the Court enter an order

authorizing her to immediately pay to Andrew W. Covey expenses in the amount of $1,646.19

and grant such other relief as it may deem just.

Jeana K. Reinbold, solely as the Chapter 7
Trustee of the Estate of I80 Equipment, LLC

Dated: March 28, 2025

/s/ Jeana K. Reinbold
Jeana K. Reinbold
P.O. Box 7315
Springfield, IL 62791-7315
(217) 241-5629